UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> CHARLES D. BAKER, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-10701-DPW |

**CORPORATE DISCLOSURE STATEMENTS**

1. Plaintiff TROY CITY TACTICAL LLC, by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

2. Plaintiff DON TOM GROUP LLC d/b/a PRECISION POINT FIREARMS by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

3. Plaintiff SHOOTING SUPPLY LLC, by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

4. Plaintiff DOWNRANGE INC. d/b/a CAPE GUN WORKS, by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

5. Plaintiff FIREARMS POLICY COALITION, INC. , by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

6. Plaintiff COMMONWEALTH SECOND AMENDMENT, INC. , by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

7. Plaintiff SECOND AMENDMENT FOUNDATION, INC. , by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: April 13, 2020

Respectfully submitted,

THE PLAINTIFFS,

By their attorneys,

 /s/ J. Steven Foley
J. Steven Foley
BBO # 685741
Law Office of J. Steven Foley
100 Pleasant Street #100
Worcester, MA 01609
Tel: 508.754.1041
Fax: 508.739.4051
JSteven@attorneyfoley.com

David D. Jensen, Esq.
David Jensen & Associates

33 Henry Street
Beacon, New York 12508
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

Jason A. Guida
BBO # 667252
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
Tel: 617.383.4652
Fax: 781.233.9192
jason@lawguida.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2020.

/s/ J. Steven Foley
J. Steven Foley