# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY; WILLIAM R. BIEWENGA; LAURIE WARNER; TIMOTHY GALLIGAN; JIM SIMMONS; DAVID LANTAGNE; TROY CITY TACTICAL LLC; DON TOM GROUP LLC d/b/a PRECISION POINT FIREARMS; SHOOTING SUPPLY LLC; DOWNRANGE INC. d/b/a CAPE GUN WORKS; FIREARMS POLICY COALITION, INC.; COMMONWEALTH SECOND AMENDMENT, INC.; and SECOND AMENDMENT FOUNDATION, INC., <br><br>        Plaintiffs, <br><br>    -against- <br><br> CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts and in his Individual Capacity; MONICA BHAREL MD, MPH, in her Official Capacity as Commissioner of the Massachusetts Department of Public Health and in her Individual Capacity; JAMISON GAGNON, in his Official Capacity as Commissioner of the Department of Criminal Justice Information Services and in his Individual Capacity; ALBERT F. DUPRE, in his Official Capacity as Chief of the Fall River Police Department and in his Individual Capacity; ROBERT F. RUFO, in his Official Capacity as Chief of the Woburn Police Department and in his Individual Capacity; KEITH A. PELLETIER, in his Official Capacity as Chief of the Westport Police Department; and MATTHEW SONNABEND, in his Official Capacity as Chief of the Barnstable Police Department and in his Individual Capacity, <br><br>        Defendants. | CIVIL ACTION NO. 1:20-cv-10701-DPW <br><br><br> **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION** <br><br> ORAL ARGUMENT REQUESTED |

COME NOW the Plaintiffs, who respectfully move the Court for the issuance of:

1) a temporary restraining order, and

  2)  a preliminary injunction

prohibiting the Defendants, their officers, agents, servants, employees, all persons in concert or participation with them and all persons who receive notice of the Court's Order, from enforcing COVID-19 Executive Order No. 13 and COVID-19 Executive Order No. 19 (and any other executive order or directive) so as to preclude lawfully licensed firearms and ammunition dealers from conducting retail sales of firearms or ammunition; provided, however, that licensed firearms and ammunition dealers shall be subject to and comply with the social distancing protocols provided by the Massachusetts Department of Health for services deemed "essential."

  PLEASE TAKE NOTICE that this motion for a temporary restraining order and a preliminary injunction shall be heard on the basis of this motion and the accompanying memorandum of law and declarations, as well as all pleadings and other submissions in this case, and all other evidence that may be submitted to the Court.

  PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 65(a)(2), the Plaintiffs hereby request that the Court consider advancing the trial on the merits of this matter and consolidating it with the hearing on this motion.

  PLEASE TAKE FURTHER NOTICE that, concurrently with the filing of this motion and supporting papers, the Plaintiffs are transmitting the same papers to each of the Defendants by emailing them to contacts within the office of the Massachusetts Attorney General and emailing and/or faxing them to each of the respective Police Chiefs, and that Plaintiffs will secure personal service in the immediate future as to any Defendant that declines to waive more formal service.

**ORAL ARGUMENT REQUESTED**

  PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: April 14, 2020

Respectfully submitted,

THE PLAINTIFFS,

By their attorneys,

 /s/ David D. Jensen
David D. Jensen, Esq.
Admitted *Pro Hac Vice*
David Jensen & Associates
33 Henry Street
Beacon, New York 12508
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

J. Steven Foley
BBO # 685741
Law Office of J. Steven Foley
100 Pleasant Street #100
Worcester, MA 01609
Tel: 508.754.1041
Fax: 508.739.4051
JSteven@attorneyfoley.com

Jason A. Guida
BBO # 667252
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
Tel: 617.383.4652
Fax: 781.233.9192
jason@lawguida.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2020.

 /s/ David D. Jensen
David D. Jensen, Esq.