# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al. | ) CIVIL ACTION NO. |
| Plaintiffs, | ) 1:20-cv-10701-DPW |
| -against- | ) **DECLARATION OF MICHAEL** |
| | ) **MCCARTHY IN SUPPORT OF** |
| CHARLES D. BAKER, et. al., | ) **MOTION FOR INJUNCTIVE** |
| | ) **RELIEF** |
| Defendants. | ) |

I, Michael McCarthy, hereby declare and state the following:

1. I reside in West Roxbury, Suffolk County, Massachusetts.

2. I recently obtained my LTC issued by the Commonwealth of Massachusetts.

3. I do not possess or have access to any firearms, rifles, shotguns or ammunition.

4. I wish to purchase a firearm and ammunition to protect myself and my family should the need arise.

5. I am concerned that emergency services may become unavailable or not reliably available during the COVID-19 crisis.

6. On April 7, 2020 I called Precision Point Firearms in Woburn and spoke with the owner, "Chris".

7. I asked Chris if he shop was open and whether he was able to sell me a firearm and ammunition for that firearm.

8. Chris advised me that he could not sell me a firearm or ammunition because he was ordered to close his business by the Governor of Massachusetts as a result of the COVID-19 crisis.

9. I do not personally know an individual who is willing and able to sell me a firearm at this time.

10. I do not feel comfortable risking possible infection with the COVID-19 virus by purchasing a used firearm from a stranger.

11. I am unable to purchase or otherwise acquire a firearm or ammunition to defend myself and my family in my home

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13 th day of April, 2020.

Michael McCarthy

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on April 14, 2020.

 /s/ David D. Jensen
David D. Jensen, Esq.