UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al. <br><br> Plaintiffs, <br><br> -against- <br><br> CHARLES D. BAKER, et. al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-10701-DPW <br><br><br> DECLARATION OF WILLIAM R. BIEWENGA IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF |

I, William R. Biewenga, hereby declare and state the following:

1. I reside in Wellfleet, Barnstable County, Massachusetts.

2. I hold a valid LTC issued by the Commonwealth of Massachusetts.

3. I do not possess or have access to any firearms, rifles, shotguns or ammunition.

4. I wish to purchase a shotgun and ammunition to protect myself and my family should the need arise.

5. I am concerned that emergency services may become unavailable or not reliably available during the COVID-19 crisis.

6. On April 3, 2020 I contacted Cape Gun Works in Hyannis via electronic mail and asked about the availability of a Mossberg 590M 12 gauge shotgun.

7. I received a response from Toby Leary, the owner of Cape Gun Works, later that evening. He advised me that the state had shut him down and that he could not transfer a gun to me.

8. I do not personally know an individual who is willing and able to sell me a shotgun at this time.

9. I do not feel comfortable risking possible infection with the COVID-19 virus by purchasing a used shotgun from a stranger.

10. I am unable to purchase or otherwise acquire a shotgun or ammunition to defend myself and my family in my home

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _13_ th day of April, 2020.

_____
William R. Biewenga

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2020.

    /s/ David D. Jensen
    David D. Jensen, Esq.