UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al.<br><br>　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>CHARLES D. BAKER, et. al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:20-cv-10701-DPW<br><br>DECLARATION OF LAURIE J. WARNER IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF |

I, Laurie J. Warner, hereby declare and state the following:

1. I reside in Wellfleet, Barnstable County, Massachusetts with William R. Biewenga ("Bill").

2. I hold a valid LTC issued by the Commonwealth of Massachusetts.

3. I do not possess or have access to any firearms, rifles, shotguns or ammunition.

4. Our home is near the Cape Cod National Seashore and I have seen an increase in trespassers on our property since the COVID-19 crisis began.

5. I am aware that homes in our community have been broken into and I am concerned that the financial stress related to the COVID-19 crisis may lead to an increase in break-ins.

6. I am concerned that emergency services may become unavailable or not reliably available during the COVID-19 crisis.

7. On April 3, 2020 Bill contacted Cape Gun Works in Hyannis via electronic mail and asked about the availability of a Mossberg 590M 12 gauge shotgun. We were seeking this shotgun to protect ourselves in our home.

8. Bill received a response from Toby Leary, the owner of Cape Gun Works, later that evening. Toby advised Bill that the state had shut Cape Gun Works down.

9. I do not personally know an individual who is willing and able to sell me a shotgun at this time.

10. I do not feel comfortable risking possible infection with the COVID-19 virus by purchasing a used shotgun from a stranger.

11. I am unable to purchase or otherwise acquire a shotgun or ammunition to defend myself and my family in my home

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2020.

_____
Laurie J. Warner

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2020.

 /s/ David D. Jensen
David D. Jensen, Esq.