# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>CHARLES D. BAKER, et. al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:20-cv-10701-DPW<br><br>**DECLARATION OF TIMOTHY GALLIGAN IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF** |

I, Timothy Galligan, hereby declare and state the following:

1. I reside in Easton, Bristol County, Massachusetts.

2. I recently obtained my LTC issued by the Commonwealth of Massachusetts.

3. I do not possess or have access to any firearms, rifles, shotguns or ammunition.

4. I am a single parent of a teenage son and I wish to purchase a firearm and ammunition to protect myself and my family should the need arise.

5. I am concerned that emergency services may become unavailable or not reliably available during the COVID-19 crisis.

6. On April 7, 2020 I called Troy City Tactical in Fall River and spoke with the owner, "Mike".

7. I asked Mike if his shop was open and whether he was able to sell me a firearm and ammunition for that firearm.

8. Mike advised me that he could not sell me a firearm or ammunition because he was ordered to be close his business by the Fall River Police Department and the Governor of Massachusetts as a result of the COVID-19 crisis.

9. I do not personally know an individual who is willing and able to sell me a firearm at this time.

10. I do not feel comfortable risking possible infection with the COVID-19 virus by purchasing a used firearm from a stranger.

11. I am unable to purchase or otherwise acquire a firearm or ammunition to defend myself and my family in my home

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2020.

*Timothy Galligan*
Timothy Galligan