UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> CHARLES D. BAKER, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-10701-DPW |

## **DECLARATION OF ALAN GOTTLIEB**

I, Alan Gottlieb, declare as follows:

1.  I am the Executive Vice President of Second Amendment Foundation, Inc. ("SAF"), a Plaintiff in this action. I am authorized to testify on behalf of SAF as to the matters set forth in this Declaration.

2.  SAF is a not-for-profit corporation organized under Washington law and recognized under section 501(c)(3) of the Internal Revenue Code. SAF's principal place of business is in Bellevue, Washington. SAF maintains a web page at http://www.saf.org.

3.  SAF has over 650,000 supporters nationwide, including in Massachusetts.

4.  SAF's core purposes include promoting both the exercise of the right to keep and bear arms, as well as education, research, publishing, and legal action focusing on the constitutional right to privately own and possess firearms. SAF publishes three periodicals (The New Gun Week, Women and Guns, and The Gottlieb-Tartaro Report) and also publishes the academic publication Journal of Firearms and Public Policy. SAF promotes research and education on the consequences of abridging the right to keep and bear arms and on the historical

-2-

grounding and importance of the right to keep and bear arms as one of the core civil rights of United States citizens.

5. One of the core purposes of SAF is to promote legal action on behalf of the constitutional right to keep and bear arms. Among other cases, SAF was a party to, and sponsor of, *McDonald v. Chicago*, 561 U.S. 742 (2010), *Moore v. Madigan*, 702 F.3d 933 (7th Cir. 2012) and *Ezell v. City of Chicago*, 651 F.3d 684 (7th Cir. 2011).

6. Members and supporters of SAF have contacted us to raise concerns and complaints about the COVID-19 emergency orders in place in Massachusetts. Members and supporters of SAF are unable to purchase firearms and ammunition as a result of these orders.

7. SAF is participating in this case on behalf of its members and supporters.

8. SAF is also participating in this case on its own behalf to rectify the losses, damages, and other injuries caused to it by the COVID-19 emergency orders and the Defendants' implementation of those orders, to the extent that they preclude the purchase of firearms and ammunition from licensed dealers. As a result of these orders and policies, employees of SAF have spent a significant amount of time responding to requests from the public. SAF also spends time and money incidental to this litigation. All of these expenditures of time and money come at the expense of other priorities that SAF would otherwise pursue.

> I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: April 14, 2020

*/s/ Alan M. Gottlieb*
Alan Gottlieb

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 14, 2020.

 /s/ David D. Jensen  
David D. Jensen, Esq.