UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:20-cv-10701-DPW

| | |
|---|---|
| MICHAEL MCCARTHY; WILLIAM R. BIEWENGA; <br> LAURIE WARNER; TIMOTHY GALLIGAN; JIM SIMMONS; <br> DAVID LANTAGNE; TROY CITY TACTICAL LLC; <br> PRECISION POINT FIREARMS LLC; SHOOTING SUPPLY LLC; <br> DOWNRANGE INC., D/B/A CAPE COD GUN WORKS; <br> FIREARMS POLICY COALITION, INC.; <br> COMMONWEALTH SECOND AMENDMENT, INC.; <br> SECOND AMENDMENT FOUNDATION, INC.; and <br> DON TOM GROUP LLC, D/B/A PRECISION POINT FIREARMS LLC, <br>     Plaintiffs, <br><br> VS. <br><br> CHARLES D. BAKER, in his official capacity as Governor of the <br> Commonwealth of Massachusetts and in his individual capacity; <br> MONICA BHAREL, in her official capacity as Commissioner of the <br> Massachusetts Department of Public Health and in her individual <br> Capacity; JAMISON GAGNON, in his official capacity as Commissioner <br> of the Department of Criminal Justice Information Services and in his <br> individual capacity; ALBERT F. DUPRE, in his official capacity as <br> Chief of the Fall River Police Department and in his individual capacity; <br> ROBERT F. RUFO, in his official capacity as Chief of the Woburn Police <br> Department and in his individual capacity; KEITH A. PELLETIER, <br> in his official capacity as Chief of the Westport Police Department; <br> MATTHEW SONNABEND, in his official capacity as Chief of the <br> Barnstable Police Department and in his individual capacity, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendants, Robert F. Rufo, in his official capacity as Chief of the Woburn Police Department and in his individual capacity, and Keith A. Pelletier, in his official capacity as Chief of the Westport Police Department, in the above-captioned matter.

The Defendants,
ROBERT F. RUFO, in his official capacity as Chief of the Woburn Police Department and in his individual capacity
&
KEITH A. PELLETIER, in his official capacity as Chief of the Westport Police Department,
By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

_____

John J. Davis, BBO #115890
Adam Simms, BBO #632617
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com
asimms@piercedavis.com

Dated: April, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 16, 2020.

*/s/ John J. Davis*

_____

John J. Davis, Esq.