UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 20-CV-10701-DPW

| | |
|---|---|
| MICHAEL MCCARTHY, WILLIAM R. BIEWENGA, LAURIE WARNER, TIMOTHY GALLIGAN, JIM SIMMONS, DAVID LANTAGNE, TROY CITY TACTICAL, LLC, DON TOM GROUP, LLC d/b/a PRECISION POINT FIREARMS, SHOOTING SUPPLY, LLC, DOWNRANGE, INC. d/b/a/ CAPE GUN WORKS, FIREARMS POLICY COALITION, INC., COMMONWEALTH SECOND AMENDMENT, INC. and SECOND AMENDMENT FOUNDATION, INC., <br>   Plaintiffs <br><br>v. <br><br>CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts and in his Individual Capacity, MONICA BHAREL, MD, MPH, in her Official Capacity as Commissioner of the Massachusetts Department of Public Health and in her Individual Capacity, JAMISON GAGNON, in his Official Capacity as Commissioner of the Department of Criminal Justice Information Services and in his Individual Capacity, ALBERT F. DUPRE, in his Official Capacity as Chief of the Fall River Police Department and in his Individual Capacity, ROBERT F. RUFO, in his Official Capacity as Chief of the Woburn Police Department and in his Individual Capacity, KEITH A. PELLETIER, in his Official Capacity as Chief of the Westport Police Department and MATTHEW SONNABEND, in his Official Capacity as Chief of the Barnstable Police Department and in his Individual Capacity, <br>   Defendants | **NOTICE OF APPEARANCE** |

Kindly enter my appearance on behalf the Defendant, MATTHEW SONNABEND.

        Defendant,
        MATTHEW SONNABEND
        By his Attorney,

        __/s/ Douglas I Louison_____
        Douglas I. Louison (BBO# 008288)
        dlouison@lccplaw.com
        Lisa Skehill Maki (BBO# 675344)
        lmaki@lccplaw.com
        Louison, Costello, Condon & Pfaff, LLP
        101 Summer Street, 4th Floor
        Boston, MA 02110
        (617) 439-0305

## **CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the following via ECF:

| | |
|---|---|
| J. Steven Foley, Esq.<br>Law office of J. Steven Foley<br>100 Pleasant Street #100<br>Worcester, MA 01609 | David D. Jensen, Esq.<br>David Jensen & Associates<br>33 Henry Street<br>Beacon, NY 12508 |
| Jason A. Guida, Esq.<br>Principe & Strasnick, P.C.<br>17 Lark Avenue<br>Saugus, MA 01960 | John J. Davis, Esq.<br>Adam Simms, Esq.<br>Pierce Davis & Perritano, LLP<br>10 Post Office Square, Suite 1100<br>Boston, MA 02109 |
| Patrick M. Groulx, Esq.<br>Isenberg Groulx, LLC<br>368 W Broadway, Suite 2<br>Boston, MA 02127 | Julia E. Kobick, Esq.<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108 |

April 22, 2020                                                __/s/ Douglas I Louison_____
                                                                         Douglas I. Louison