UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL McCARTHY, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts and in his Individual Capacity; et al.<br><br>*Defendants*. | CONSOLIDATED ACTIONS<br><br>CIVIL ACTION<br>NO. 1:20-cv-10701-DPW |
| CEDRONE, LLC d/b/a SHAWSHEEN FIREARMS; et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES DUANE BAKER, in his capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS; and MAURA T. HEALEY, in her capacity as ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-40041-DPW |

**COMMONWEALTH DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM IN EXCESS OF PAGE LIMITATION**

Defendants, Governor Baker, Attorney General Healey, and Commissioners Bharel and Gagnon (the "Commonwealth Defendants"), respectfully move this Court for leave to file one consolidated brief of up to thirty (30) pages in opposition to Plaintiffs' two motions for interlocutory injunctive relief pending in these consolidated cases. In support of this motion, Defendants state the following:

1. These two matters have been consolidated by Order of Court. [*McCarthy* Doc. No. 30, *Cedrone* Doc. No. 11.]

2. The Plaintiffs in both actions seek interlocutory injunctive relief and have filed separate briefs and other papers in support of same.

3. Portions of the relief sought and the Plaintiffs' arguments in support of interlocutory injunctive relief in the two cases significantly overlap.

4. Filing a consolidated brief that covers the interlocutory injunctive relief sought in both matters would be more efficient than filing a brief in each case that covers substantially the same arguments. To the extent that certain arguments are made by one set of Plaintiffs but not the other, Defendants will attempt to so note.

5. As set forth in Local Rule 7.1(b)(4), there is a twenty-page limit to memoranda opposing motions, except with leave of Court.

6. The Commonwealth Defendants seek leave to file a consolidated brief of up to thirty (30) pages. This limit is ten pages less than the Defendants would be entitled to file if the brief were not consolidated.

7. All parties assent to this motion.

*WHEREFORE* the Commonwealth Defendants respectfully request that the Court grant this motion for leave to file a single consolidated Opposition covering both cases that is in excess of the twenty-page limit.

        Respectfully submitted,

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ Gary Klein
        Gary Klein
        Special Assistant Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 651-3650
        Gary.Klein@state.ma.us

        Julie Kobick
        Assistant Attorney General
        Office of the Massachusetts Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 963-2559
        julia.kobick@mass.gov

Dated: April 22, 2020

## LOCAL RULE 7.1 CERTIFICATE

I certify pursuant to Local Rule 7.1(a)(2) that all parties assent to the requested relief.

        */s/ Gary Klein*
        Gary Klein

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

*/s/ Gary Klein*
Gary Klein