UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL McCARTHY, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts and in his Individual Capacity; et al.<br><br>*Defendants*. | CONSOLIDATED ACTIONS<br><br><br><br>CIVIL ACTION<br>NO. 1:20-cv-10701-DPW |
| CEDRONE, LLC d/b/a SHAWSHEEN FIREARMS; et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES DUANE BAKER, in his capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS; and MAURA T. HEALEY, in her capacity as ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-40041-DPW |

**COMMONWEALTH DEFENDANTS' NOTICE OF NO OPPOSITION
TO PROPOSED AMICUS BRIEFS**

Defendants, Governor Baker, Attorney General Healey, and Commissioners Bharel and Gagnon (the "Commonwealth Defendants") will not oppose the filing of amicus briefs by the National Shooting Sports Foundation or other non-parties.

However, the proposed briefs are to be filed in connection with interlocutory motions in these matters that are pending during a pandemic that has largely closed their workspaces and which are proceeding on a short order of notice.   In these exigent circumstances, the Commonwealth Defendants note potential complications associated with responding to arguments made in multiple amicus filings, especially to the extent they are filed shortly before the deadlines ordered by the Court. The Commonwealth Defendants therefore did not assent to the Motions.

        Respectfully submitted,

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ Gary Klein
        Gary Klein
        Special Assistant Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 651-3650
        Gary.Klein@state.ma.us

        Julie Kobick
        Assistant Attorney General
        Office of the Massachusetts Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 963-2559
        julia.kobick@mass.gov

Dated: April 24, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

*/s/ Gary Klein*
Gary Klein