# Exhibit C



**ARLINGTON HEIGHTS**  **SUBURBS**

# Man charged in death of alleged accomplice in brazen daytime home invasion, Arlington Heights police say

By **KAREN ANN CULLOTTA**
PIONEER PRESS | APR 07, 2020

A Tennessee man is facing murder charges in connection with a brazen daytime Arlington Heights home invasion that left the suspect's accomplice shot dead by the homeowner, authorities said Tuesday.

Bradley J. Finnan, 38, of Chattanooga, Tenn., was charged Tuesday with felony murder and home invasion after allegedly being one of two armed men who tricked their way into a home Saturday afternoon in the 2400 block of North Evergreen Avenue, a house authorities said the pair had targeted.



Finnan was ordered held in Cook County Jail without bail following a bond hearing Tuesday at the courthouse in Rolling Meadows.



Bradley J. Finnan, 38, of Chattanooga, Tennessee, was charged with murder on April 6, 2020, in connection with a home invasion in Arlington Heights, that left the other suspect dead of a gunshot wound.(Arlington Heights Police / Pioneer Press)

Police said Finnan and an accomplice, Larry D. Brodacz, 58, of Buffalo Grove, **who was shot to death by a male resident during the home invasion**, intended to rob the homeowners at gunpoint in what investigators said was a planned crime and not a random act of violence.

According to court records obtained from the Cook County state's attorney's office, Brodacz and Finnan's crime scheme was hatched in part to coincide with the state's stay-at-home order issued by Gov. J.B. Pritzker last month to help prevent the spread of the novel coronavirus.

[Most read] New coronavirus cases hit daily high, but Gov. J.B. Pritzker gives hints on what might reopen as he weighs stay-at-home extension »

Brodacz and Finnan, who had met through their work as car salesmen, arrived at the Arlington Heights home in Brodacz's 2016 Lexus, walking up to the front door wearing baseball hats, gloves and surgical-type face masks, according to the court documents.

Ads by Teads

From the moment the two approached the stately, two-story home, the crime was recorded by the residents' home surveillance video camera, with the video later posted anonymously on a website known for its sensational content, authorities said.

As the pair approached the house, which was was occupied by a 50-year-old man, his 48-year-old wife and their two children, ages 11 and 14, the home's Ring doorbell video camera shows Finnan holding a bag later found to contain zip ties and a blowtorch, court records show.

After Brodacz tries the doorknob, knocks and sees the Ring camera, he can be heard telling Finnan not to look at the camera, before ringing the bell, court documents show.



Warning: Graphic language. Home surveillance video shows a home invasion incident in Arlington Heights on April 4, 2020. (Arlington Heights Police Department)

The homeowner allegedly told police he heard a knock at the door and the doorbell ring, and, believing it was his landscapers, he opened the door, authorities said. Then, Brodacz and Finnan pushed their way inside, according to authorities.

[Most read] Coronavirus in Illinois updates: Here's what's happening Thursday with COVID-19 in the Chicago area »

Telling the man they were police officers, Brodacz and Finnan then allegedly pulled weapons from their pockets, prompting a struggle between the male homeowner and Finnan, with the fight ending in the front of the home, before Finnan fled the scene, according to authorities.

The wife told police she heard screaming and saw two men with guns in her foyer, according to authorities. She ran upstairs to the home's second floor, with Brodacz chasing her, authorities said.

Reaching the bedroom where her children were, Brodacz broke through the closed door, grabbed the couple's son and daughter, pushed them down on a bed and pointed his gun at them, police said.

When their mother tried to intervene, police said Brodacz pointed his gun at her and pushed her to the floor, where she pleaded with him not to shoot them.

Brodacz left the room when he heard the man calling out his wife's name inside of the home, according to authorities. Meanwhile, the man had gotten his wife's gun from the master bedroom, police said.

[Most read] Column: A tale of two governors: Fearless Pritzker and Wimpy Kemp »

While in the master bedroom, Brodacz hit the man in the back of the head with some kind of blunt object, one he told police he thought was a gun. The two struggled and the male homeowner fired his wife's gun but didn't hit Brodacz, police said.

ADVERTISEMENT

At some point during the struggle, Brodacz lost his gun but pulled a knife from his waistband, the man told police.

Authorities said that as Brodacz advanced on the man, armed with the knife, the man used his wife's gun to shoot Brodacz in the abdomen. Police said the couple's 14-year-old called 911.

Brodacz was pronounced dead at the scene and the Cook County medical examiner's office later ruled the death a homicide.

Arlington Heights police arrived shortly after Finnan fled, and found the wife in front of the family's home, screaming that her husband was fighting someone with a gun inside of the house.

[Most read] Pedestrians complain runners are passing too close on Chicago sidewalks during the pandemic. How risky is that, and should they wear face masks? »

The quiet neighborhood on the north side of the village was soon teaming with law enforcement, including a SWAT team, and officers with the Northern Illinois Police Alarm System and the Major Case Assistance Team.

Arlington Heights police officers found in the home's master bedroom two 9mm cartridge cases, a knife, a .25 caliber semi-automatic handgun loaded with seven, .25 caliber rounds, and the wife's 9mm handgun.

Finnan, who had left te home in Brodacz's Lexus, was found by police early Sunday morning at his mother's home in Rockford.

Finnan allegedly told police he knew Brodacz through previous employment at a car dealership, and after Brodacz told him about the plan to rob the house, he boarded a bus in Tennessee and headed to Buffalo Grove.

**LATEST ARLINGTON HEIGHTS**

Mother of Wheeling High School student who died raises questions on COVID-19 testing, diagnosis, after school district announces

death
APR 21, 2020

Park Ridge, Des Plaines mayors call for face coverings to be worn in stores, public transport
APR 21, 2020

Suburban schools cope with cancellation of spring sports: 'I'm filled with sadness.'
APR 21, 2020

Bored at home? Check out these local virtual events.
APR 20, 2020

College sports, academics a balancing act for top performers: 'I never wanted to sacrifice one for the other.'
APR 20, 2020

According to police, Finnan said Brodacz — who authorities said had previously been charged with crimes including home invasions dating back to the 1980s — claimed to have seen about $200,000 in cash in boxes in the man's home around 20 years ago and thought money might still be there.

[Most read] Coronavirus in Illinois updates: Officials report 2,049 more known COVID-19 cases, a new single-day high Pritzker attributes in part to increase in testing »

Under Illinois' felony murder law, homicide charges can be filed when someone is killed during the course of a crime even if the death was caused by someone else and the person charged with murder did not intend for the person to die.

*kcullotta@chicagotribune.com*

*Twitter @kcullotta*

Karen Ann Cullotta

Karen Ann Cullotta is a suburban reporter covering education, municipal government and human interest stories. A graduate of the Medill School of Journalism at Northwestern University, when Karen's not reporting, she can usually be found cooking Italian food, digging in her vegetable garden and hanging out with her family.

Taboola Feed

If You Can Qualify for Any Credit Card, These Are the Top 6
NERDWALLET | SPONSORED

If You Like to Play, this City-Building Game is a Must-Have. No Install.
FORGE OF EMPIRES | SPONSORED

Forbes calls this "a new bar in hearing aid technology"
EARGO HEARING AIDS | SPONSORED

Celebrity Trainer: "Muscle Loss in Seniors is Real, But It Doesn't Have to Be"

**CHICAGO TRIBUNE**

Gov. J.B. Pritzker to extend Illinois' stay-at-home order, school closings through end of April

**CHICAGO TRIBUNE**

When will the coronavirus outbreak peak in Illinois? Here are some projections.

By JOAN MARRERO, JAMON MEEKS, LISA SCHENCKER

**ORLANDO SENTINEL**

# Pictures: Bike Week in Daytona Beach

# Continue to celebrate Earth Day from home

MICROSOFT IN CULTURE | SPONSORED

# Massachusetts: Say Bye To Expensive Solar Panels If You Own A Home In Southborough

ENERGY BILL CRUNCHER SOLAR QUOTES | SPONSORED

**CHICAGO TRIBUNE**

Gov. J.B. Pritzker, Chicago Mayor Lori Lightfoot rip into Jared Kushner over federal medical supply stockpile comments

**CHICAGO TRIBUNE**

Lightfoot says Illinois' stay-at-home order 'a long way away' from being phased out in the city; Pritzker says 'solution isn't coming tomorrow, or next week or next month'

By GREGORY PRATT, RECO PETROLIA

ADVERTISEMENT

## You May Like

Sponsored Links by Taboola

**Face Masks For Children Finally Avilable In Southborough**
Child Face Mask

**8 Reasons Why Outdoorsmen Are Buying Bamboo**
Duck Camp Outdoor Goods

**How do you stay close to your customers while a pandemic pulls you apart?**
Salesforce

**Randy Jackson: "This Drink Is Like A Powerwash For Your Gut"**
Unify Health Labs Multi-GI 5 Supplement

ADVERTISEMENT

Wedding Invitations: Heart Wreath Wedding Inv...

$2.39  -42%

Wedding Invitations: Br...
Wedding Invitations: Et...
Wedding Invitations: Di...
Save the Date Cards: Shimm...

Wedding Invitations: M...
Wedding Invitations: P...
Wedding Invitations: Fl...
Save the Date Cards: Heart ...

RSVP Cards: Brushed Bota...
Wedding Invitations: L...
RSVP Cards: Lavish Lines ...
Personalized Postage Sta...

## Newsletters

[Subscribe here](#)



| | |
|---|---|
| About us | Privacy Policy |
| Terms of Service | Do Not Sell My Info |
| Archives | Contact us |
| Coupons | Best Reviews |
| Local print ads | Tribune Web Notifications |
| TAG disclosure | FAQ |
| Media kit | |

Copyright © 2020, Chicago Tribune