**DECLARATION OF CHIEF JEFF FARNSWORTH, PRESIDENT
MASSACHUSETTS CHIEFS OF POLICE ASSOCIATION**

I, Jeff Farnsworth, hereby offer this declaration in connection with this matter:

1. I am over 18 years old and competent to testify to all matters set out in this declaration.

2. Since December 2019, I have been the President of the Massachusetts Chiefs of Police Association (MCOPA).

3. I am currently Chief of Police in Hampden, Massachusetts, a position I have held for more than 18 years.

4. I have been a Law Enforcement Officer in various capacities for more than 34 years.

5. In my work, I communicate with and gather information from Police Chiefs across Massachusetts. The MCOPA facilitates this communication.

6. I am generally familiar with Massachusetts laws relating to guns, gun ownership, and gun sales as well as with the Governor's Emergency Order related to Covid-19.

7. I also monitor a variety of crime-related statistics from my own community and from across the Commonwealth.

8. There has not been a surge in crime, including violent crime, since the Covid-19 epidemic first came to public attention. If anything, crime in Massachusetts has decreased.

9. More specifically, I am not aware of any increase in violent unrest, looting, or home invasions.

10. To the extent there is crime in Massachusetts, particularly violent crime, police departments have adequate resources to deal with it in the same way they would have before the Covid-19 epidemic.

11. During the Covid-19 epidemic, Police Departments have access to the guns and ammunition they need either in their own supplies or by placing orders with distributors. Distributors of guns and ammunition remain open under the Governor's Emergency Order.

1

12. Many police departments have deferred applications for new gun licenses because those applications require in-person appointments at the police station. Delaying these appointments would temporarily delay some Massachusetts residents who wish to purchase firearms, even if gun stores were open.

13. To the best of my knowledge the gun dealers in Hampden are abiding by the Governor's Emergency Order.


Signed under the pains and penalties of perjury this 13, day of April 2020.

*[signature]*

Chief Jeff Farnsworth
Hampden, Massachusetts