# DECLARATION OF ZORRAN ATANASOVSKI

I, Zorran Atanasovski, depose and state based on my personal knowledge:

1.  I currently am a Program Coordinator in the Firearms Records Bureau ("FRB"), a unit within the Department of Criminal Justice Information Services ("DCJIS"). I have worked in the FRB since 2001.

2.  DCJIS manages and administers the FRB. The FRB is the state entity charged with keeping records of gun licensing and gun transaction information in Massachusetts. As part of my duties as a Program Coordinator, I assist local licensing authorities in the supervision of licensed gun dealers in several ways, including conducting site visits to licensees throughout the Commonwealth.

3.  For approximately the past eight years, my duties have included providing telephonic and in-person training to licensed gun dealers on the use of the Massachusetts Instant Record Check System, the Commonwealth's electronic portal for firearms licensing and transactions. I also provide training regarding state regulations regarding firearms transactions.

4.  In my capacity as a Program Coordinator, I have trained over 200 gun dealers. As a result of these duties, I estimate that I have visited approximately 140 gun dealerships in the Commonwealth. During those visits, I always entered the physical buildings used for retail sales.

5.  A typical in-person training session lasts for a period of 2 hours. Nearly all of the in-person training sessions I held occurred inside the gun dealerships, with employees/owners and, frequently, local licensing authorities present. Occasionally, due to the limited space inside a gun dealership, trainings were conducted offsite, such as at a local police building.

6.  The gun stores I visited were typically cramped retail spaces, regardless of the overall size of the building. In addition to firearms sales, most gun stores I have visited also sold gun-related gear and supplies. As a result, the interior of the gun stores were filled with racks of supplies, gear, safety devices, tactical clothing, hunting apparel and supplies, and assorted other products associated with firearms. The display racks were often placed in close proximity to each other, which constricted the walkable space, making aisles and walkways quite narrow. Additionally, many of the stores I visited had only one counter area to process all gun sales and other transactions.

Signed under the pains and penalties of perjury,

_____          4-23-2020
Zorran Atanasovski                        _____
Program Coordinator                       DATE
Firearms Records Bureau
Department of Criminal Justice Information Services