## AFFIDAVIT OF MARLEE GREER

I, Marlee Greer hereby depose and state as follows:

1. I am a Senior Investigator in the Civil Investigations Division of the Massachusetts Office of the Attorney General, One Ashburton Place, Boston, MA 02108. I have been employed as an investigator since December 28th, 2015. I have personal knowledge of the matters contained in this affidavit and could competently testify thereto if so required.

2. It is my understanding that Walmart stores in Massachusetts are open as essential business under the Governor's emergency order addressing Covid-19. I understand that this is because Walmart stores sell food and other necessities, but there is nothing that prevents Walmart stores from also sell other items in their inventory.

3. On Friday April 17th, 2020 between the hours of 9:30 am and 11:00 am EST, I called twenty-nine Walmart stores located in Massachusetts that have licenses to sell ammunition. If an employee of that store answered, I asked if their store currently has ammunition available for customers to purchase.

4. Of the twenty-nine calls placed, 11 stores stated that they *were* selling ammunition, 7 stores stated that they *were not* selling ammunition, and 11 stores did not answer the call.

5. According to the Walmart store employees I spoke to on April 17th, 2020, the following Walmart stores are currently selling ammunition to customers: Danvers, Fairhaven, Framingham, Gardner, Hadley, Hudson, Orange, Pittsfield, Plymouth, Wareham and West Boylston.

6. Three of these stores specified that they are only currently selling ammunition for hunting rifles and shotguns. The three stores are: Fairhaven, Plymouth, and West Boylston.

Electronically signed and sworn to under the pains and penalties of perjury, this 18th day of April 2020.

*Marlee N. Greer*

_____

Marlee N. Greer