UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCARTHY et al,
Plaintiffs,
v.
BAKER et al,
Defendants.

CIVIL ACTION NO. 1:20-cv-10701-DPW

## DECLARATION OF CHARLES BREWER

I, Charles Brewer, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 29, 2020, I visited the WalMart in Orange, Massachusetts.

5. I went to the Sporting Goods section and looked for handgun ammunition in .380, .38, .357, .40, .45 calibers or 9mm.

6. I did not find any ammunition in those calibers.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020.

_Charles R. Brewer_
Charles Brewer