UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCARTHY et al,<br>Plaintiffs,<br>v.<br>BAKER et al,<br>Defendants. | CIVIL ACTION NO. 1:20-cv-10701-DPW |

## DECLARATION OF CHRISTOPHER ANTHONY CASTANO

I, Christopher Anthony Castano, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 29, 2020, I visited the WalMart in Fairhaven, Massachusetts.

5. I went to the Sporting Goods section and asked the clerk for handgun ammunition.

6. The clerk informed me that Walmart does not sell handgun rounds.

7. I was unable to purchase handgun ammunition at Walmart.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020.

_____
Christopher Anthony Castano