UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCARTHY et al,
Plaintiffs,

v.

BAKER et al,
Defendants.

CIVIL ACTION NO. 1:20-cv-10701-DPW

## DECLARATION OF FRANK DEBAGGIS

I, Frank DeBaggis, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 29, 2020, I visited the WalMart in Pittsfield, Massachusetts.

5. I went to the Sporting Goods section and asked the clerk for 9mm, 380, 38, and 357 ammunition for my handgun.

6. One associate said they do not carry handgun ammunition and haven't carried it since the shooting in Texas

7. I was unable to purchase ammunition for my handgun at Walmart.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020.

_____
Frank DeBaggis