UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MCCARTHY et al, <br> Plaintiffs, <br> v. <br> BAKER et al, <br> Defendants. | CIVIL ACTION NO. 1:20-cv-10701-DPW |

## DECLARATION OF JOHN FRYE

I, John Frye, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 29, 2020, I visited the WalMart in Plymouth, Massachusetts.

5. I examine the locked ammunition cabinets.

6. There were two ammunition cabinets. One cabinet had rifle ammunition and the other had shotgun ammunition

7. I specifically asked the clerk if they had any 9mm or 45 ACP handgun ammunition, which are the two most common handgun calibers that I shoot.

8. The clerk stated that Walmart headquarters specifically does NOT allow them to sell ANY handgun specific ammunition since last year.

9. I was unable to purchase 9mm or 45 ACP handgun ammunition for my handgun at Walmart.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020.

_John E. Frye_
John Frye