UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCARTHY et al,
Plaintiffs,
v.
BAKER et al,
Defendants.

CIVIL ACTION NO. 1:20-cv-10701-DPW

## DECLARATION OF MARK HORN

I, Mark Horn, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 29, 2020, I visited the WalMart in Wareham, Massachusetts.

5. I went to the Sporting Goods section and asked the manager about handgun ammunition.

6. The manager informed me they haven't been selling/stocking handgun calibers as of three months ago.

7. I was unable to purchase ammunition for my handgun at Walmart.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020.

_____
Mark Horn