UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
MCCARTHY et al,                              |
Plaintiffs,                                        |
v.                                                    |         CIVIL ACTION NO. 1:20-cv-10701-DPW
BAKER et al,                                    |
Defendants.                                     |
_____|

## DECLARATION OF DAVID LANTAGNE

I, David Lantagne, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 29, 2020, I visited the WalMart in Hudson, Massachusetts.

5. I went to the Sporting Goods section seeking handgun ammunition.

6. I was unable to locate handgun ammunition.

7. The clerk told me that Walmart stopped carrying it.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2020.

_____
David Lantagne