UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCARTHY et al,
Plaintiffs,
v.
BAKER et al,
Defendants.

CIVIL ACTION NO. 1:20-cv-10701-DPW

### DECLARATION OF KEVIN MORAN

I, Kevin Moran, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 30, 2020, I visited the WalMart in Hadley, Massachusetts.

5. I went to the Sporting Goods section and looked for ammunition for my pistol.

6. There was no pistol ammunition for sale that I could find.

7. I was unable to purchase ammunition for my pistol at Walmart.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020.

_(signature)_
Kevin Moran