UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MCCARTHY et al,
Plaintiffs,
v.
BAKER et al,
Defendants.

CIVIL ACTION NO. 1:20-cv-10701-DPW

## DECLARATION OF WILLIAM T. G. TURANO

I, William T. G. Turano, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts.

4. On April 29, 2020, I visited the WalMart in Gardner, Massachusetts.

5. I own several handguns, including guns chambered in ..38 Spl., .357 magnum, .40 S&W, 9mm, .45 ACP.

6. I was unable to locate ammunition in these calibers.

7. There did not appear to be any place in the case to stock these, or any other, handgun caliber ammunition.

8. I saw only rifle cartridges and shotgun ammunition.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2020.

_William T. G. Turano_
William T. G. Turano