UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al. ) | CIVIL ACTION NO. |
| ) | 1:20-cv-10701-DPW |
| Plaintiffs, ) | |
| -against- ) | |
| CHARLES D. BAKER, et. al., ) | **DECLARATION OF MICHAEL** |
| ) | **T. SKIDMORE IN SUPPORT OF** |
| Defendants. ) | **PLAINTIFF'S REPLY** |

I, Michael T. Skidmore, hereby declare and state the following:

1. I am the owner and manager of Troy City Tactical LLC, a state and federally licensed firearms dealer located at 147 Borden Street in Fall River, Bristol County, Massachusetts. My shop has approximately 1,000 sq. ft. of retail space.

2. Approximately 3 years ago I was contacted by a representative of the Swansea Police Department ("SPD"). SPD was seeking new Colt AR-15s for its SWAT team member. SPD ultimately purchased two new Colt AR-15s from my company.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020.

_____
Michael T. Skidmore