UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-10701-DPW |
| CEDRONE, LLC d/b/a SHAWSHEEN FIREARMS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES DUANE BAKER, in his capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-40041-DPW |

**REVISED JOINT STATEMENT AS TO**
**ADVANCING TRIAL ON THE MERITS**

**REVISED POSITION OF THE MCCARTHY PLAINTIFFS:**

The *McCarthy* Plaintiffs are in favor of consolidating trial on the merits with the preliminary injunction hearing, so long as no new evidence is submitted to the Court.

**POSITION OF THE CEDRONE PLAINTIFFS:**

Defendants did not receive a position from the *Cedrone* Plaintiffs in time to include it in this joint filing.

**REVISED POSITION OF THE COMMONWEALTH DEFENDANTS:**

Although the defendants represented on April 27th that they would not object to consolidation of the preliminary injunction hearing with trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2), provided that no witnesses are called to testify, the defendants now object to consolidation pursuant to Fed. R. Civ. P. 65(a)(2) in light of the extensive new evidence attached the *McCarthy* plaintiffs' reply brief, filed just one business day before the hearing.

The *McCarthy* plaintiffs have introduced 14 new declarations, mostly from non-parties, including a declaration that attempts to provide material that would be appropriate only for an expert report [Doc. 65-12 — Declaration of Massad Ayoob] by attaching these declarations to their Reply. The defendants contest some of the statements included in this new evidence and will not have an opportunity to cross-examine. Accordingly, the defendants would be prejudiced if this case were to proceed, by consolidation, to trial on the merits at this time.

Dated: May 1, 2020

| | |
|---|---|
| THE MCCARTHY PLAINTIFFS,<br>By their attorneys, | DEFENDANTS CHARLES D. BAKER, MONICA BHAREL MD, MPH, JAMISON GAGNON, and MAURA HEALEY<br>By their attorneys, |
| /s/ David D. Jensen<br>David D. Jensen<br>Admitted *Pro Hac Vice*<br>David Jensen & Associates<br>33 Henry Street<br>Beacon, New York 12508<br>Tel: 212.380.6615<br>david@djensenpllc.com | /s/Gary Klein<br>Gary Klein<br>Special Assistant Attorney General<br>Office of Massachusetts Attorney General<br>Maura Healey<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>Gary.Klein@Mass.gov |

-3-

J. Steven Foley
BBO # 685741
Law Office of J. Steven Foley
100 Pleasant Street #100
Worcester, Massachusetts 01609
Tel: 508.754.1041
JSteven@attorneyfoley.com

Jason A. Guida
BBO # 667252
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, Massachusetts 01960
Tel: 617.383.4652
jason@lawguida.com

Julia Kobick
Assistant Attorney General
Office of Massachusetts Attorney General
Maura Healey
One Ashburton Place
Boston, Massachusetts 02108
julia.kobick@mass.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2020.

        /s/ Gary Klein
       Gary Klein