# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts, et al.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-10701-DPW |
| CEDRONE, LLC d/b/a SHAWSHEEN FIREARMS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARLES DUANE BAKER, in his capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-40041-DPW |

## SECOND REVISED JOINT STATEMENT AS TO ADVANCING TRIAL ON THE MERITS

**REVISED POSITION OF THE MCCARTHY PLAINTIFFS:**

The *McCarthy* Plaintiffs are in favor of consolidating trial on the merits with the preliminary injunction hearing, so long as no new evidence is submitted to the Court.

**POSITION OF THE CEDRONE PLAINTIFFS:**

The *Cedrone* Plaintiffs are also in favor of consolidating trial on the merits with the preliminary injunction hearing, so long as no new evidence is submitted to the Court.

**REVISED POSITION OF THE COMMONWEALTH DEFENDANTS:**

Although the defendants represented on April 27th that they would not object to consolidation of the preliminary injunction hearing with trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2), provided that no witnesses are called to testify, the defendants now object to consolidation pursuant to Fed. R. Civ. P. 65(a)(2) in light of the extensive new evidence attached the *McCarthy* plaintiffs' reply brief, filed just one business day before the hearing.

The *McCarthy* plaintiffs have introduced 14 new declarations, mostly from non-parties, including a declaration that attempts to provide material that would be appropriate only for an expert report [Doc. 65-12 — Declaration of Massad Ayoob] by attaching these declarations to their Reply. The defendants contest some of the statements included in this new evidence and will not have an opportunity to cross-examine. Accordingly, the defendants would be prejudiced if this case were to proceed, by consolidation, to trial on the merits at this time.

Dated: May 1, 2020

| | |
|---|---|
| THE MCCARTHY PLAINTIFFS,<br>By their attorneys, | DEFENDANTS CHARLES D. BAKER, MONICA BHAREL MD, MPH, JAMISON GAGNON, and MAURA HEALEY<br>By their attorneys, |
| /s/ David D. Jensen<br>David D. Jensen<br>Admitted *Pro Hac Vice*<br>David Jensen & Associates<br>33 Henry Street | /s/Gary Klein<br>Gary Klein<br>Special Assistant Attorney General |

| | |
|---|---|
| Beacon, New York 12508<br>Tel: 212.380.6615<br>david@djensenpllc.com<br><br>J. Steven Foley<br>BBO # 685741<br>Law Office of J. Steven Foley<br>100 Pleasant Street #100<br>Worcester, Massachusetts 01609<br>Tel: 508.754.1041<br>JSteven@attorneyfoley.com<br><br>Jason A. Guida<br>BBO # 667252<br>Principe & Strasnick, P.C.<br>17 Lark Avenue<br>Saugus, Massachusetts 01960<br>Tel: 617.383.4652<br>jason@lawguida.com | Office of Massachusetts Attorney General<br>Maura Healey<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>Gary.Klein@Mass.gov<br><br>Julia Kobick<br>Assistant Attorney General<br>Office of Massachusetts Attorney General<br>Maura Healey<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>julia.kobick@mass.gov |

THE CEDRONE PLAINTIFFS,
By Their Attorneys


/s/ *Andrew J. Couture*
Andrew J. Couture, Esq. BBO # 671193
Law Office of Andrew J. Couture
81 Merriam Avenue
Leominster, MA 01453
Tel: (978) 502-0221


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2020.

 /s/ Gary Klein
Gary Klein