# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL MCCARTHY, et al., | CIVIL ACTION NO. 1:20-cv-10701-DPW |
| Plaintiffs, | |
| -against- | **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A SECOND DECLARATION FROM MICHAELA DUNNE** |
| CHARLES D. BAKER, et al., | |
| Defendants. | |

The declarations submitted with the Plaintiffs' reply raised only two points, both of which were in response to matters that the Defendants raised in their opposition papers:

1. Walmart does not sell handgun ammunition; and

2. Some of the retailer Plaintiffs supply law enforcement.

Ms. Dunne's supplemental declaration does not address either of these points, and thus, it should not be admitted for the stated purpose of addressing matters raised in the reply papers.

Dated: May 4, 2020

> Respectfully submitted,
> THE PLAINTIFFS,
> By their attorneys,
>
>  /s/ David D. Jensen
> David D. Jensen, Esq.
> Admitted *Pro Hac Vice*
> David Jensen & Associates
> 33 Henry Street
> Beacon, New York 12508
> Tel: 212.380.6615
> Fax: 917.591.1318
> david@djensenpllc.com

        J. Steven Foley
BBO # 685741
Law Office of J. Steven Foley
100 Pleasant Street #100
Worcester, MA 01609
Tel: 508.754.1041
Fax: 508.739.4051
JSteven@attorneyfoley.com

Jason A. Guida
BBO # 667252
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
Tel: 617.383.4652
Fax: 781.233.9192
jason@lawguida.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2020.

    /s/ David D. Jensen
    David D. Jensen, Esq.