# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et al., | ) CIVIL ACTION NO. |
| | ) 1:20-cv-10701-DPW |
| Plaintiffs, | ) |
| | ) **PLAINTIFFS' MOTION** |
| -against- | ) **TO STRIKE A PORTION OF** |
| | ) **THE AFFIDAVIT OF** |
| CHARLES D. BAKER, et al., | ) **TERRENCE MACCORMACK** |
| | ) |
| Defendants. | ) |

COME NOW the Plaintiffs, who respectfully move the Court to strike the sentence in paragraph 5 of the Affidavit of Terrence MacCormack (Doc. No. 69) that states, "It was my understanding that the replacement was necessary to address a staff oversight in preparing the revised Exhibit A posted a short while earlier." In support of this motion, the Plaintiffs state:

1. On May 1, 2020, Defendants filed the Affidavit of Terrence MacCormack, in which Mr. MacCormack attests that he posted the two versions of Exhibit A on March 31, 2020. *See* Doc. No. 69 at ¶¶ 4-5. Included within this Affidavit is the statement, "It was my understanding that the replacement was necessary to address a staff oversight in preparing the revised Exhibit A posted a short while earlier." *Id.* at ¶ 5.

2. Mr. McCormack's Affidavit provides no basis for his "understanding" that the change was necessary to address a "staff oversight." It does not, for example, attest that Mr. MacCormack himself made an oversight when he posted the earlier version of Exhibit A. As such, the statement is inadmissible because it does not come from the witness's personal knowledge. Fed. R. Evid. 602.

Dated: May 4, 2020

        Respectfully submitted,

        THE PLAINTIFFS,

        By their attorneys,

        /s/ David D. Jensen
        David D. Jensen, Esq.
        Admitted *Pro Hac Vice*
        David Jensen & Associates
        33 Henry Street
        Beacon, New York 12508
        Tel: 212.380.6615
        Fax: 917.591.1318
        david@djensenpllc.com

        J. Steven Foley
        BBO # 685741
        Law Office of J. Steven Foley
        100 Pleasant Street #100
        Worcester, MA 01609
        Tel: 508.754.1041
        Fax: 508.739.4051
        JSteven@attorneyfoley.com

        Jason A. Guida
        BBO # 667252
        Principe & Strasnick, P.C.
        17 Lark Avenue
        Saugus, MA 01960
        Tel: 617.383.4652
        Fax: 781.233.9192
        jason@lawguida.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2020.

        /s/ David D. Jensen
        David D. Jensen, Esq.