UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts, et al., <br><br> *Defendants*. | CIVIL ACTION <br> NO. 1:20-cv-10701-DPW |
| CEDRONE, LLC d/b/a SHAWSHEEN FIREARMS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES DUANE BAKER, in his capacity as GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> *Defendants*. | CIVIL ACTION <br> NO. 1:20-cv-40041-DPW |

## **[PROPOSED FORM OF] ORDER**

It is hereby ORDERED:

Gun dealers licensed pursuant to G.L. c. 140 § 122, shooting ranges, and ammunition dealers licensed pursuant to G.L. c. 140, § 122B, are to be considered "essential services" under the March 23, 2020 "COVID-19 Order No. 13," subsequent extensions of that order, and any subsequent orders that may be issued pertaining to the declaration of the State of Emergency declared by the Governor on March 10, 2020, and shall be subject to no regulations unless such regulations are generally applicable to all retail sellers of commodities;

Licensed shooting ranges shall follow all social distancing recommendations for outdoor activities.

The terms of this Order will take effect 24 hours after its issuance in order to allow for notice by Commonwealth public safety officials to licensees, licensing authorities, state and local law enforcement officials, and to members of the public.

_____
DOUGLAS P. WOODLOCK
DISTRICT JUDGE

DATE:

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 6, 2020.

 /s/ David D. Jensen
David D. Jensen, Esq.