UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL MCCARTHY, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>CHARLES D. BAKER, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.
1:20-cv-10701-DPW

**PLAINTIFFS'
SUPPLEMENTAL
SUBMISSION AS TO
RETAIL SALES**

Pursuant to the Court's request, Plaintiffs provide this statement concerning the pertinent laws and regulations that apply to retail sales of firearms vis-à-vis non-retail sales.

1. Regulations that impose various consumer protection requirements on handgun sales apply only to those engaged in "the conduct of any trade or commerce," M.G.L. c. 93A, § 2(a), and thus, they do not generally apply to private transfers. These regulations include requirements that:

    a. sellers provide "a safety device designed to prevent the discharge of such weapon by unauthorized users," which has been approved by State Police, M.G.L. c. 140, § 131K; 940 C.M.R. 16.05(1);

    b. handguns (manufactured and first sold to a consumer since 1998) have either "a mechanism which effectively precludes an average five year old child from operating the handgun" or "a hammer deactivation device" (if they were sold for the first time since 1998), 940 C.M.R. 16.05(2), (4); *see also* 940 C.M.R. 16.07(1);

c.  magazine-fed handguns (manufactured and first sold to a consumer since 1998)  have "a load indicator or magazine safety disconnect," 940 C.M.R. 16.05(3)-(4); *see also id.* 16.07(1);

d.  handguns either pass a "Performance Test" showing reliability, or alternatively, that they not be composed of "Inferior Materials," 940 C.M.R. 16.04(1), (3); *see also* M.G.L. c. 140, § 123 (18th); 940 C.M.R. 16.07(4);

e.  handguns (manufactured and first sold to a consumer since 1998) have "Tamper-Resistant Serial Numbers," 940 C.M.R. 16.03; *see also id.* 16.07(1);

f.  handguns not be "prone to repeated firing based on a single pull of the trigger, prone to the explosion of the handgun during firing with standard ammunition, or prone to accidental discharge" (subject to a limited exception for guns manufactured and first sold to a consumer before 1998), 940 C.M.R. 16.04(2); *see also id.* 16.07(3);

g.  sellers provide a warning regarding the need to safeguard firearms, 940 C.M.R. 16.06(1); and

h.  sellers provide purchasers with information on "how to load. unload, and safely store the handgun, and how to engage and disengage all safety devices on the handgun," 940 C.M.R. 16.06(2).

2.  The implied warranty of merchantability applies only to sales by "merchants," and it thus would not normally apply to private transfers. M.G.L. c. 106, § 2-314(1); *see also id.* § 2-104(1).

3.  Within the context of the current COVID-19 pandemic, businesses that remain open as "essential services" must take various steps to minimize the risk of spreading

disease, as set forth in the document "Guidance Regarding the Operation of Essential Services" from the Commonwealth's Executive Office of Housing and Economic Development" (attached to the Declaration of Julie Kobick, Doc. No. 79, as Exhibit M). Private sellers would not need to take these steps. These measures include:

a.   providing "[a]ccess to handwashing facilities," "[a]lcohol-based hand sanitizers, as available" and "[d]isinfecting wipes";

b.   "ensur[ing] that both employees and customers remain at least six feet apart at all times," such as by providing "Social Distancing Lines";

c.   "sanitiz[ing] frequent touchpoints throughout the day, including point of sale terminals at register"; and

d.   "[m]aintain[ing] regular housekeeping practices, including routine cleaning and disinfecting of surfaces, equipment, and other elements of the work environment."

Dated: May 6, 2020

Respectfully submitted,

THE PLAINTIFFS,

By their attorneys,

 /s/ David D. Jensen
David D. Jensen, Esq.
Admitted *Pro Hac Vice*
David Jensen & Associates
33 Henry Street
Beacon, New York 12508
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

J. Steven Foley
BBO # 685741
Law Office of J. Steven Foley
100 Pleasant Street #100
Worcester, MA 01609
Tel: 508.754.1041
Fax: 508.739.4051
JSteven@attorneyfoley.com

Jason A. Guida
BBO # 667252
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
Tel: 617.383.4652
Fax: 781.233.9192
jason@lawguida.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on May 6, 2020.

 /s/ David D. Jensen
David D. Jensen, Esq.