UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al. | ) |
|                   Plaintiffs, | ) CIVIL ACTION NO. |
| | ) 1:20-cv-10701-DPW |
| -against- | ) |
| | ) **SUPPLEMENTAL** |
| CHARLES D. BAKER, et. al., | ) **DECLARATION OF MICHAEL** |
| | ) **MCCARTHY** |
|                   Defendants. | ) |

I, Michael McCarthy, hereby declare and state the following:

1. I intend to use a credit card to purchase my first firearm. I am aware that firearms dealers, like retail stores, accept major credit cards. Private firearms sellers do not take credit cards and I do not feel comfortable bringing a large amount of cash to purchase a firearm from a random stranger I found on the internet.

2. I want ammunition and a holster for my first firearm. I am aware that I can only legally purchase ammunition from a firearms dealer. I also know that a firearms dealer is likely to have accessories for the firearm and will be able to offer different types of holsters for me to try.

3. I work and I have a family. I do not have time to bicker and bargain with an online firearms seller about the price of a firearm or times and places to meet up to buy a firearm and I definitely do not have time to drive halfway across the state to meet a private seller.

4. I have no idea whether an advertisement for a firearm I see online is a scam or not.

5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __6__ th day of May, 2020.

_/s/ Michael McCarthy_
Michael McCarthy

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 6, 2020.

    /s/ David D. Jensen
David D. Jensen, Esq.