# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al. | CIVIL ACTION NO. |
| Plaintiffs, | 1:20-cv-10701-DPW |
| -against- | |
| CHARLES D. BAKER, et. al., | SUPPLEMENTAL DECLARATION OF WILLIAM R. BIEWENGA |
| Defendants. | |

I, William R. Biewenga, hereby declare and state the following:

1. On April 3, 2020 I contacted Cape Gun Works, a licensed firearms dealer, because I wanted to try a variety of weapons and get a relatively unbiased opinion from someone who has dealt with a wide variety of firearms.

2. I have (rather dated) experience with an M-16 but none with the specific weapons models I was interested in. I wanted to have some range time with the weapon and an instructor and I was aware that Cape Gun Works offers that service.

3. I would not trust the opinion of a private seller I found on the internet and I would not be able to try different weapons under the supervision of an instructor if I was shopping on the internet.

4. I am unfamiliar with the laws surrounding the sale of firearms by persons who are not firearms dealers. I do not know whether it is lawful to purchase a firearm from an unlicensed person, whether you can buy a firearm from out-of-state and legally transport it across state lines and I don't know how to register a firearm. I shouldn't need to hire an attorney at my own expense to get advice on how to legally purchase a firearm from a private person.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 6 th day of May, 2020.

_William R. Biewenga_
William R. Biewenga