# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al.<br><br>Plaintiffs,<br><br>-against-<br><br>CHARLES D. BAKER, et. al.,<br><br>Defendants. | ) CIVIL ACTION NO.<br>) 1:20-cv-10701-DPW<br>)<br>)<br>) **SUPPLEMENTAL**<br>) **DECLARATION OF TIMOTHY**<br>) **GALLIGAN**<br>)<br>) |

I, Timothy Galligan, hereby declare and state the following:

1. I reside in Easton, Bristol County, Massachusetts and I recently obtained my LTC issued by the Commonwealth of Massachusetts.

2. I am seeking to purchase my first firearm from a licensed firearms dealer.

3. I believe that a firearms dealer will provide me with expertise and professional guidance on my first firearms purchase. I do not trust a private person selling a firearm on the internet to give me honest advice on what firearm would be best for me.

4. I feel that it is important to build a relationship with a firearms dealer who can provide me with advice and guidance on future purchases as well as updates on new products, product recalls and new regulations that I should be aware of.

5. I know that a firearms dealer will give me proper instruction on how to operate, clean and safely secure my firearm. I do not trust or expect a private person selling a firearm on the internet to show me how to operate the weapon safely.

6. I am aware that there are numerous laws governing what types of firearms a person may lawfully possess in Massachusetts. I believe that an established firearms dealer will only sell me a firearm that is lawful to own in Massachusetts. I do not trust a private person selling a firearm on the internet to know whether or not the weapon he is selling me is legal to own.

7. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _5th day of May, 2020.

____*Timothy Galligan*_____
      Timothy Galligan

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 6, 2020.

 /s/ David D. Jensen
David D. Jensen, Esq.