UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL MCCARTHY, et. al.<br><br>           Plaintiffs,<br>-against-<br>CHARLES D. BAKER, et. al.,<br><br>           Defendants. | CIVIL ACTION NO.<br>1:20-cv-10701-DPW<br><br>**SUPPLEMENTAL DECLARATION OF DAVID LANTAGNE** |

I, David Lantagne, hereby declare and state the following:

1. I am a new LTC holder and I have never purchased a firearm before. I am not sure about the differences in firearms and I want someone to show me multiple handguns and explain the differences so that I can see what feels good. The option to learn about and try different firearms is only available at a licensed firearms dealer.

2. I do not know enough about the retail price of different firearms to determine whether a private seller is trying to price gouge me. It is much easier to comparison shop with firearms dealers who offer the same or similar products and advertise their prices.

3. I have no way of knowing whether a firearm that I purchase from a private seller online is even functioning. I cannot take it to a range and try it out due to ranges being closed. I also have no way to return the firearm to the seller if it malfunctions.

4. As a result of the complicated Massachusetts firearms laws, I am unsure if the firearm I purchase is even compliant in Massachusetts, or if the seller has made any modifications that might deem the firearm noncompliant even though the serial number might say it is legal.

5. I am unsure how to file the proper paperwork with the state to ensure the transaction is made legally.

6. I have already paid for and purchased a firearm that is waiting a pickup at an firearms dealer who is currently closed due to the Governor's Order. My place of work is also closed, so with uncertainty or when the ban will be lifted, I cannot afford to buy another gun currently

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 5 th day of May, 2020.

_/s/ David Lantagne_
David Lantagne

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 6, 2020.

 /s/ David D. Jensen
David D. Jensen, Esq.