# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et. al. | ) CIVIL ACTION NO. |
| | ) 1:20-cv-10701-DPW |
| Plaintiffs, | ) |
| -against- | ) |
| CHARLES D. BAKER, et. al., | ) SUPPLEMENTAL |
| | ) DECLARATION OF LAURIE J. |
| Defendants. | ) WARNER |

I, Laurie J. Warner, hereby declare and state the following:

1. I am attempting to purchase a weapon to have in my home for self-defense in a completely legal and informed process. I am concerned that I may be going outside the law and putting myself at legal risk if I purchase a weapon from someone other than a licensed firearms dealer.

2. I want to purchase a new weapon with a warranty and instructions and I want to be able to try the weapon at a range under the supervision of an instructor before I buy it.

3. I do not want to purchase a used weapon from a stranger because I would have no idea whether the weapon was reliable, whether it had been used in a crime or whether it was somehow defective.

4. I am concerned that if I purchased a weapon from an unlicensed individual (from MA or elsewhere) and, in the course of defending myself in my home, a life-threatening intruder is harmed or killed, I could be at fault by having an unregistered firearm purchased from an unlicensed individual.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this, 6th day of May, 2020.

_____
Laurie J. Warner