## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL MCCARTHY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES D. BAKER, *et al.*,<br><br>Defendants. | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) CIVIL ACTION NO.<br>1:20-cv-10701-DPW |

## STIPULATION TO DISMISS
## THE DEFENDANT POLICE CHIEFS

The claims against the following Defendants, in both their individual and official capacities, shall be, and hereby are, DISMISSED without prejudice, attorney's fees, costs or expenses, whether by statute or otherwise:

1. Albert F. Dupre, former Chief of the Fall River Police Department;

2. Robert F. Rufo, Chief of the Woburn Police Department;

3. Keith A. Pelletier, Chief of the Westport Police Department; and

4. Matthew Sonnabend, Chief of the Barnstable Police Department.

Dated:  April 27, 2020

| THE PLAINTIFFS,<br>By their attorneys, | DEFENDANTS CHARLES D. BAKER,<br>MONICA BHAREL MD, MPH and<br>JAMISON GAGNON,<br>By their attorneys, |
| --- | --- |
| /s/ David D. Jensen<br>David D. Jensen<br>Admitted *Pro Hac Vice*<br>David Jensen & Associates<br>33 Henry Street<br>Beacon, New York 12508<br>Tel: 212.380.6615<br>david@djensenpllc.com<br><br>J. Steven Foley<br>BBO # 685741<br>Law Office of J. Steven Foley<br>100 Pleasant Street #100<br>Worcester, Massachusetts 01609<br>Tel: 508.754.1041<br>JSteven@attorneyfoley.com<br><br>Jason A. Guida<br>BBO # 667252<br>Principe & Strasnick, P.C.<br>17 Lark Avenue<br>Saugus, Massachusetts 01960<br>Tel: 617.383.4652<br>jason@lawguida.com | /s/ Gary Klein<br>Gary Klein<br>Office of Massachusetts Attorney General<br>Maura Healey<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>Gary.Klein@Mass.gov<br><br>Julia Kobick<br>Office of Massachusetts Attorney General<br>Maura Healey<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>julia.kobick@mass.gov |
| DEFENDANT ALBERT F. DUPRE,<br>By his attorney, | DEFENDANT MATTHEW<br>SONNABEND,<br>By his attorneys, |
| /s/ Gary P. Howayeck<br>Gary P. Howayeck<br>Gary P. Howayeck P.C.<br>209 Bedford Street, Suite 402<br>Fall River, MA 02720<br>Tel: (508) 676-6666<br>gary@howayeck.com | /s/ Douglas I. Louison<br>Douglas I. Louison (BBO# 008288)<br>Louison, Costello, Condon & Pfaff, LLP<br>101 Summer Street, 4th Floor<br>Boston, Massachusetts 02110<br>Tel: (617) 439-0305<br>dlouison@lccplaw.com |

| | Lisa Skehill Maki (BBO# 675344)<br>Louison, Costello, Condon & Pfaff, LLP<br>101 Summer Street, 4th Floor<br>Boston, Massachusetts 02110<br>Tel: (617) 439-0305<br>lmaki@lccplaw.com |
|---|---|
| DEFENDANT ROBERT F. RUFO,<br>By his attorney,<br><br>/s/ Adam Simms<br>Adam Simms (BBO #632617)<br>John J. Davis (BBO #115890)<br>Pierce, Davis & Perritano LLP<br>10 Post Office Square, Suite 1100N<br>Boston, Massachusetts 02109-4603<br>Tel: 617-350-0950<br>asimms@piercedavis.com | DEFENDANT KEITH A. PELLETIER,<br>By his attorney,<br><br>/s/ Adam Simms<br>Adam Simms (BBO #632617)<br>John J. Davis (BBO #115890)<br>Pierce, Davis & Perritano LLP<br>10 Post Office Square, Suite 1100N<br>Boston, Massachusetts 02109-4603<br>Tel: 617-350-0950<br>asimms@piercedavis.com |

Having reviewed this stipulation of all parties, pursuant to Rule 41(a)(2),

It is SO ORDERED this  28th  day of April, 2020.


/s/  Douglas P. Woodlock
_____
Hon. Douglas P. Woodlock
United States District Judge


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on April 27, 2020.

 /s/ David D. Jensen
David D. Jensen