# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL MCCARTHY, et al., | ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
|  | ) 1:20-cv-10701-DPW |
| -against- | ) |
|  | ) **PLAINTIFFS' ASSENTED-TO** |
| CHARLES D. BAKER, et al., | ) **MOTION TO FILE A** |
|  | ) **SECOND AMENDED** |
| Defendants. | ) **COMPLAINT** |

COME NOW the Plaintiffs, who respectfully move the Court for leave to file the Second Amended Complaint attached hereto. In support of this motion, the Plaintiffs state:

1. The Second Amended Complaint differs materially from the (First) Amended Complaint in that it:

    a. adds Thomas Leighton and Worcester Pistol and Rifle Club, Inc. as Plaintiffs;

    b. adds a claim that concerns the closure of shooting ranges;

    c. omits Don Tom Group LLC d/b/a Precision Point Firearms and Downrange Inc. d/b/a Cape Gun Works as Plaintiffs;

    d. deletes references to the four dismissed police chief Defendants; and

    e. revises the venue statement and makes grammatical and formatting changes.

2. At the time the Plaintiffs filed their Complaint and (First) Amended Complaint, it was unclear whether the COVID-19 Orders mandated the closure of ranges such as Worcester Pistol and Rifle Club, Inc. Since then, officials with both the Commonwealth and with local government have taken the position that all ranges must close.

3. The office of the Attorney General reviewed a prior version of the Second Amended Complaint and, with revisions now incorporated, assents to this motion for leave.

Dated: May 15, 2020

        Respectfully submitted,

        THE PLAINTIFFS,

        By their attorneys,

        /s/ David D. Jensen
        David D. Jensen, Esq.
        Admitted *Pro Hac Vice*
        David Jensen & Associates
        33 Henry Street
        Beacon, New York 12508
        Tel: 212.380.6615
        Fax: 917.591.1318
        david@djensenpllc.com

        J. Steven Foley
        BBO # 685741
        Law Office of J. Steven Foley
        100 Pleasant Street #100
        Worcester, MA 01609
        Tel: 508.754.1041
        Fax: 508.739.4051
        JSteven@attorneyfoley.com

        Jason A. Guida
        BBO # 667252
        Principe & Strasnick, P.C.
        17 Lark Avenue
        Saugus, MA 01960
        Tel: 617.383.4652
        Fax: 781.233.9192
        jason@lawguida.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2020.

        /s/ David D. Jensen
        David D. Jensen, Esq.