UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL MCCARTHY, et al., | CIVIL ACTION NO. 1:20-cv-10701-DPW |
| Plaintiffs, |  |
| -against- |  |
| CHARLES D. BAKER, et al., |  |
| Defendants. |  |
| CEDRONE, LLC, et al., | CIVIL ACTION NO. 1:20-cv-40041-DPW |
| Plaintiffs, |  |
| -against- |  |
| CHARLES D. BAKER, et al., |  |
| Defendants. |  |

**PROPOSED PRETRIAL SCHEDULE**

The Plaintiffs and Defendants in the above-captioned actions respectfully submit this proposed pretrial schedule pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), as modified by the Court's order of May 7, 2020.

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by June 12, 2020.

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after June 19, 2020.

3. **Discovery -Interim Deadlines**.

a. The parties will serve written discovery requests (*i.e.* requests for production, interrogatories and requests for admission) by June 19, 2020.[1]

   b. All depositions must be completed by August 14, 2020.

4. **Discovery -Final Deadline**. All discovery must be completed by August 14, 2020.[2]

5. **Status Conference**. A status conference will be held on {tbd}.

6. **Dispositive Motions**.

   a. Plaintiffs will move for summary judgment by August 28, 2020.

   b. Defendants will cross-move for summary judgment and/or otherwise to dismiss, and will respond to Plaintiffs' motion, by September 18, 2020.

   c. Plaintiffs may file a response and reply brief by October 2, 2020.

   d. Defendants may file a reply brief to Plaintiffs' reply, if any, by October 9, 2020.

Dated: May 28, 2020

Respectfully submitted,

| THE *McCarthy* PLAINTIFFS, | THE *Cedrone* PLAINTIFFS, |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ David D. Jensen | /s/ Andrew J. Couture |
| David D. Jensen, Esq. | Andrew J. Couture, Esq. |
| Admitted *Pro Hac Vice* | BBO # 671193 |
| David Jensen & Associates | Law Office of Andrew J. Couture |
| 33 Henry Street | 81 Merriam Avenue |
| Beacon, New York 12508 | Leominster, MA 01453 |
| Tel: 212.380.6615 | Tel: (978) 502-0221 |
| david@djensenpllc.com | attycouture@gmail.com |

---

[1] The Plaintiffs intend to rely on the testimony of Massad Ayoob as an expert witness, whose declaration was previously provided to the Court, and will include the details required by FRCP 26(a)(2) with their FRCP 26(a)(1) disclosure. If Defendants anticipate use of expert testimony, they will provide their FRCP 26(a)(2) disclosure by July 3, 2020.

[2] Agreement to these deadlines is without prejudice to Defendants' right to seek a stay of any discovery on issues that would be resolved by their motion to dismiss.

J. Steven Foley
BBO # 685741
Law Office of J. Steven Foley
100 Pleasant Street #100
Worcester, MA 01609
Tel: 508.754.1041
JSteven@attorneyfoley.com

Jason A. Guida
BBO # 667252
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
Tel: 617.383.4652
jason@lawguida.com


THE DEFENDANTS,

By their attorneys,

 /s/ Gary Klein
Julia Kobick (BBO No. 680194)
Assistant Attorney General
Gary Klein (BBO No. 560769)
Special Assistant Attorney General
One Ashburton Place
Government Bureau
Boston, Massachusetts 02108
(617) 963-2559
julia.kobick@mass.gov


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 28, 2020.

                                           /s/ David D. Jensen
                                          David D. Jensen, Esq.