

# Four-Phase Approach to Reopening Massachusetts

*Forward momentum / positive outlook*

*Downside reversion*

**Current state: Stay at home** — Limited industries resume operations with severe restrictions.

**Phase 1: Start** — Additional industries resume operations with restrictions and capacity limits.

**Phase 2: Cautious** — Additional industries resume operations with guidance.

**Phase 3: Vigilant** — Development of vaccine and/or therapy enables resumption of "new normal".

**Phase 4: New Normal**

Potential reversion if public health metrics worsen

- If public health metrics fall below thresholds, may move back to a prior phase
- Potential for focused interventions to prevent local outbreaks from spreading as part of reopen process (e.g., at the business, business type or city level)



## We will provide overall social guidance, safety standards, and sector specific protocols for Phase 1 reopening process on three dimensions



### Overall social guidance

E.g., restrictions on gathering sizes, social distancing, face coverings, limitations for vulnerable population



### Mandatory safety standards for workplaces

E.g., limitations on office opening, allowed capacity, required distancing, cleaning protocols

Supported by safety protocol checklists / templates



### Sector specific safety protocols and best practices

E.g., specific precautionary measures and safety protocols to protect employees or public (face coverings, separators)

Supported by sector specific safety protocol checklists / templates

Will also provide easy to digest public facing communication across each type of safety protocol and best practice



# Mandatory Safety Standards for Workplaces

**NOTE: These safety standards are applicable to all sectors and industries. There will be sector-specific safety protocols and recommended best practices which provide further details and limited exceptions.**

### Safety Standards

**Social Distancing**

- All persons, including employees, customers, and vendors should remain at least six feet apart to the greatest extent possible, both inside and outside workplaces
- Establish protocols to ensure that employees can practice adequate social distancing
- Provide signage for safe social distancing
- Require face coverings or masks for all employees

**Hygiene Protocols**

- Provide hand washing capabilities throughout the workplace
- Ensure frequent hand washing by employees and adequate supplies to do so
- Provide regular sanitization of high touch areas, such as workstations, equipment, screens, doorknobs, restrooms throughout work site

**Staffing and Operations**

- Provide training for employees regarding the social distancing and hygiene protocols
- Employees who are displaying COVID19-like symptoms do not report to work
- Establish a plan for employees getting ill from Covid-19 at work, and a return-to-work plan

**Cleaning and Disinfecting**

- Establish and maintain cleaning protocols specific to the business
- When an active employee is diagnosed with COVID19, cleaning and disinfecting must be performed
- Disinfection of all common surfaces must take place at intervals appropriate to said workplace

