UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY; WILLIAM R. BIEWENGA; LAURIE WARNER; TIMOTHY GALLIGAN; JIM SIMMONS; DAVID LANTAGNE; THOMAS LEIGHTON; TROY CITY TACTICAL LLC; WORCESTER PISTOL AND RIFLE CLUB, INC.; SHOOTING SUPPLY LLC; FIREARMS POLICY COALITION, INC.; COMMONWEALTH SECOND AMENDMENT, INC.; and SECOND AMENDMENT FOUNDATION, INC., <br><br>　　　　　　　　Plaintiffs, <br><br>　　-against- <br><br>CHARLES D. BAKER, in his Official Capacity as Governor of the Commonwealth of Massachusetts and in his Individual Capacity; MONICA BHAREL MD, MPH, in her Official Capacity as Commissioner of the Massachusetts Department of Public Health and in her Individual Capacity; and JAMISON GAGNON, in his Official Capacity as Commissioner of the Department of Criminal Justice Information Services and in his Individual Capacity, <br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 1:20-cv-10701-DPW <br><br><br><br><br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br>ORAL ARGUMENT REQUESTED |

　　　　COME NOW the Plaintiffs, who respectfully move the Court for the issuance of:

　　　　1)　　a permanent injunction, and

　　　　2)　　a declaratory judgment

prohibiting the Defendants, their officers, agents, servants, employees, all persons in concert or participation with them and all persons who receive notice of the Court's Order, from enforcing any order analogous to COVID-19 Executive Order No. 13 and/or COVID-19 Executive Order No. 19 so as to preclude lawfully licensed firearms and ammunition dealers from conducting

retail sales of firearms, ammunition and accessories with lawfully qualified purchasers, and further, from precluding the operation of shooting ranges and firearms training.

PLEASE TAKE NOTICE that this motion for summary judgment shall be heard on the basis of this motion, the accompanying memorandum of law, the accompanying FRCP 56.1 statement and annexed affidavits, declarations and exhibits, as well as all pleadings and other submissions in this case, and all other evidence that has been or may be submitted to the Court.

## ORAL ARGUMENT REQUESTED

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: September 23, 2020

        Respectfully submitted,
        THE PLAINTIFFS,
        By their attorneys,

        /s/ David D. Jensen
        David D. Jensen, Esq.
        Admitted *Pro Hac Vice*
        David Jensen & Associates
        33 Henry Street
        Beacon, New York 12508
        Tel: 212.380.6615
        Fax: 917.591.1318
        david@djensenpllc.com

        J. Steven Foley
        BBO # 685741
        Law Office of J. Steven Foley
        100 Pleasant Street #100
        Worcester, MA 01609
        Tel: 508.754.1041
        Fax: 508.739.4051
        JSteven@attorneyfoley.com

        Jason A. Guida
        BBO # 667252
        Principe & Strasnick, P.C.
        17 Lark Avenue
        Saugus, MA 01960
        Tel: 617.383.4652
        Fax: 781.233.9192
        jason@lawguida.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 23, 2020.

        /s/ David D. Jensen
        David D. Jensen, Esq.