UNITED STATES DISTRICT COURT.
DISTRICT OF MASSACHUSETTS.

MCCARTHY et al,
Plaintiffs,
v.
BAKER et al,
Defendants.

CIVIL ACTION NO. 1:20-cv-10701-DPW

**AFFIDAVIT OF MARK BOUCHARD**

I, Mark Bouchard, hereby declare and state the following:

1. I am the owner of Shooting Supply, LLC, a state and federally licensed firearms dealer located in Westport, Massachusetts.

2. Shooting Supply, LLC, sells handguns, rifles, shotguns, and ammunition, as well as accessories used by shooters such as holsters, scopes, cleaning kits and supplies, protective gear.

3. In Massachusetts, private gun sellers are permitted to sell only four guns per year without going through a dealer. We perform transfers for private individuals, including sellers who have already sold four guns in current year and are prohibited from selling more without using a dealer to execute a transfer.

4. We generally carry a wide selection of ammunition appropriate for different purposes, such as self-defense, hunting, target practice, and competition target shooting. Ammunition designed for one of these purposes may not be appropriate for others. For example, jacketed ammunition may be preferred for target practice, while inappropriate for self-defense.

5. We educate our customers on the various types of ammunition and help them select ammunition appropriate for their needs.

6. We also help our customers select the most appropriate type of weapon taking into consideration their skill level, strength, typical activities, and any specific requirements they may have due to employment, neighborhood, etc.

7. We help our customers select the proper protective gear needed to safely practice, as well as accessories such as holsters and scopes, providing the best possible utility of their firearms.

8. If gun shops are again ordered to close, our customers would be left without assistance selecting weapons and ammunition, ability to sell their guns beyond the four allowed per year, or the choice of ammunition best fitted for their needs.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2020.

*Mark Bouchard*

Mark Bouchard