UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et al., | ) <br> ) CIVIL ACTION NO. <br> ) 1:20-cv-10701-DPW |
| Plaintiffs, | ) |
| -against- | ) |
| CHARLES D. BAKER, et al., | ) |
| Defendants. | ) |

### DECLARATION OF THOMAS LEIGHTON

I, Thomas Leighton, hereby declare and state the following:

1. I reside in Massachusetts.

2. I am over the age of 18 and competent to testify in this matter.

3. I hold a valid LTC issued by the Commonwealth of Massachusetts on April 1, 2020.

4. On April 1, 2020, I purchased a handgun from a family member.

5. The handgun is a semiautomatic Sig Sauer, and its caliber is 9mm Luger.

6. I purchased this handgun to defend myself and family if that becomes necessary.

7. In June of 2019, I purchased a home in Massachusetts.

8. There is no place on my property that is not within 500 feet of another dwelling.

9. I understand that Massachusetts General Laws, Chapter 269, section 12E prohibit me from discharging my handgun on my property.

10. I am not aware of any friends or acquaintances with large parcels of land who will permit me to shoot there.

11. In April of this year I applied for membership in the WORCESTER PISTOL AND RIFLE CLUB, INC.

12. I attended an orientation session at WORCESTER PISTOL AND RIFLE CLUB, INC.

13. On or about April 2, 2020, I learned that I had been accepted for membership in WORCESTER PISTOL AND RIFLE CLUB, INC.

14. I paid my 2020 dues for membership in WORCESTER PISTOL AND RIFLE CLUB, INC.

15. I received a key "fob", allowing me access to the property of WORCESTER PISTOL AND RIFLE CLUB, INC. as a full member.

16. At the time I was accepted for membership in WORCESTER PISTOL AND RIFLE CLUB, INC, the club was closed due to the COVID-19 outbreak.

17. During that time, I did not feel comfortable using my weapon without adequate training or practice, and I refrained from doing so.

18. The club reopened after Massachusetts entered Phase I of its reopening plan, and it has remained open since then.

19. After the club reopened, I have used it on a regular basis to train with my gun.

20. After gun and ammunition retailers reopened, I purchased a second gun (a shotgun), as well as ammunition, targets and a cleaning kit. I have needed regular access to a gun store in order to practice with my guns.

21. I am concerned about the possibility that Massachusetts will need to return to "lockdown" conditions if COVID-19 surges during the coming months and that, if so, gun and ammunition retailers and shooting ranges will again be ordered to close.

22. If Massachusetts returns to a lockdown, it appears that the only thing that would prevent the Commonwealth from again ordering the closure of gun ranges and training facilities is an order from this Court.

-3-

23. I feel that, without access to a range and training facilities on a regular basis, I will be unable to keep myself properly acquainted with my gun and properly train to defend myself.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: September 23, 2020

*[signature]*
Thomas Leighton