UNITED STATES DISTRICT COURT.
DISTRICT OF MASSACHUSETTS.

_____

MCCARTHY et al,                      |
Plaintiffs,                          |
v.                                   |    CIVIL ACTION NO. 1:20-cv-10701-DPW
BAKER et al,                         |
Defendants.                          |
_____|

## AFFIDAVIT OF MICHAEL SKIDMORE

I, Michael Skidmore, hereby declare and state the following:

1. I am the owner of Troy City Tactical, LLC ("Troy City"), a state and federally licensed firearms dealer located in Fall River, Massachusetts.

2. Troy City sells handguns, shotguns and rifles, we well as other items frequently purchased in conjunction with firearms including optics, knives, accessories, black powder, magazines, hunting equipment, and ammunition.

3. Troy City services shooters interested in sporting, hunting, and self-defense.

4. Troy City advertises availability of "Everything You Need and Nothing you Don't". As such, we try to maintain a vast inventory including a wide variety of firearms, ammunition, and accessories.

5. Troy City sells quality merchandise in a safe and welcoming environment. We understand our customers may be first-time buyers and unsure what they need or what best suits them.

6. Many customers have told me that they don't feel safe buying a gun from a private party or "off the streets", as they do not know the seller, his reputation, or intentions.

7. We help our customers choose from our wide variety of inventory to perfectly match their needs.

8. We follow up by showing out customers the many different accessories that go along with their purchase.

9. We stand behind our products and help the customers with difficulties they may encounter.

10. We have assisted countless customers who purchased used firearms privately only to learn the gun was defective or improperly maintained.

11. These customers had no recourse as the privately purchased guns were sold "as-is".

12. It is generally not possible to test-fire a gun prior to purchasing, leaving the purchaser hoping that the gun they bought works properly.

13. We accept major credit cards, giving our customers peace of mind that the item they purchased is high quality.

14. When our store was ordered closed due to the COVID-19 pandemic, our customers were left fending for themselves, unable to purchase high quality merchandise or receive the advice they needed to select or maintain their guns, or find proper accessories.

15. If guns stores are again ordered to close, our customers will not have the assistance that most require to choose a proper firearm, ammunition, or accessories.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2020.

_____

Michael Skidmore