

Good morning — thank you all for being here and thank you for getting us your questions in advance. Pls know we will respond to AJ & Melissa with answers to anything not responded to today.

I'm going to turn it over to the Governor & Lieutenant Governor for their updates & then Leader Tarr & Leader Jones will jump in with any questions.

**Redacted**

Firearms — domestic violence comm. push back; when ppl out of daily routine, increase stress; mental health + domestic violence; law enforcement; 2nd amend — temp disrup/guidance, change when life get normal — didn't rise to level of essential

**Redacted**

CONFIDENTIAL    GOV0746