**From:** John Rosenthal [redacted]
**To:** "Buckley, Timothy (GOV)" [redacted]
**Subject:** RE: Federal judge says he will issue order allowing Mass. gun shops to reopen
**Date:** Fri, 8 May 2020 14:07:32 +0000
**Importance:** Normal
**Inline-Images:** image010.jpg; image011.jpg; image012.jpg; image013.jpg; image014.jpg; image015.jpg; image016.jpg; image017.jpg; image018.jpg; image019.jpg

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks Tim and happy to help in anyway.

**John E. Rosenthal,** President
Meredith Management
Friends of Boston's Homeless
Stop Handgun Violence
Police Assisted Addiction and Recovery Initiative
12 Broadway
Beverly, MA 01915
617-965-2200 X.150

**From:** Buckley, Timothy (GOV) [redacted]
**Sent:** Friday, May 8, 2020 10:00 AM
**To:** John Rosenthal [redacted]
**Subject:** RE: Federal judge says he will issue order allowing Mass. gun shops to reopen

Hi John,
We will keep this mind. Still reviewing the decision.

**From:** John Rosenthal [redacted]
**Sent:** Friday, May 8, 2020 9:47 AM
**To:** Buckley, Timothy (GOV) [redacted]
**Subject:** Federal judge says he will issue order allowing Mass. gun shops to reopen

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Tim,

Regarding the story below, which I'm sure you're seen, needless to say I was disappointed by Judge Woodlock's order to reopen gun shops and I'm sure the administration was as well. I haven't seen a copy of the order yet, but it appears Woodlock is saying Massachusetts failed to articulate any reason the gun shops needed to be included in the closure of businesses. Obviously there are many compelling reasons. I'm wondering whether there will be an opportunity to seek a stay of the order to allow the State to submit its reasons? Stop Handgun Violence would like to support the Governor in his effort to keep gun stores deemed non-essential. Do you expect the Governor will appeal this decision and is

there anything we can do to be supportive other than writing an amicus brief on such appeal? Please advise once the Governor decides what to do on this matter.

Thanks, as always for your and the Governor's consideration!

Regards, John

**John E. Rosenthal, President**

Meredith Management
Friends of Boston's Homeless
Stop Handgun Violence
Police Assisted Addiction and Recovery Initiative
12 Broadway
Beverly, MA 01915
617-965-2200 x 150

Begin forwarded message:---------- Forwarded message ---------

From: **The Boston Globe** <newsletters@bostonglobe.com>
Date: Thu, May 7, 2020 at 12:47 PM
Subject: Federal judge says he will issue order allowing Mass. gun shops to reopen
To: [redacted]

View this email in your browser

## BREAKING NEWS ALERT

A federal judge said Thursday he will issue an order allowing gun shops in Massachusetts to reopen, ruling that Governor Charlie Baker's decision to shutter them along with thousands of other "non-essential" businesses infringed on the Second Amendment rights of those seeking to buy a firearm.

"There's no justification here," US District Judge Douglas P. Woodlock said during a two-hour virtual hearing, arguing he doesn't see a fit "between the goals of the emergency declared by the Commonwealth and the burdening of the constitutional rights of the defendants in this narrow area."

**From:** "Rodrigues, Michael J (SEN)" <
**To:** "Mahoney, Elizabeth K. (GOV)"
**Cc:** "Polito, Karyn (GOV)" <
**Subject:** Re: [External]: Something to consider
**Date:** Wed, 20 May 2020 17:59:09 +0000
**Importance:** Normal

---

Perfect

Sent from my iPhone

On May 20, 2020, at 1:57 PM, Mahoney, Elizabeth K. (GOV) < wrote:

Absolutely. Senator, I will gather some additional information and circle back with you.

Thanks,
Elizabeth

---

**From:** Polito, Karyn (GOV)
**Sent:** Wednesday, May 20, 2020 1:53 PM
**To:** Michael Rodrigues
**Cc:** Mahoney, Elizabeth K. (GOV)
**Subject:** Re: [External]: Something to consider

Elizabeth

Can you respond to Sen Rodrigues.

Thank you.

Sent from my iPhone

On May 20, 2020, at 12:24 PM, Rodrigues, Michael J (SEN) < wrote:

Who should I go to with this?

Sent from my iPhone

Begin forwarded message:

**From:** Paul Joncas <
**Date:** May 19, 2020 at 10:23:14 PM EDT
**To:** "Rodrigues, Michael (SEN)"
**Subject: [External]: Something to consider**

Mike,
We received notice the other day that since ranges are open, all training classes will need to be held in person while following restrictions on face coverings and social distancing.
Do you think it is possible to get them to reconsider and continue to allow remote classes via zoom. Most people including the instructor would feel more comfortable. It doesn't make sense to force in person classes when remote classes are working. The Governor is asking people work remote when possible, this seems to go against the spirit of his request. See Below.
Thank You,
Paul Joncas

**From:** "Firearms Licensing (POL)" [redacted]
**Date:** May 18, 2020 at 7:49:11 PM EDT
**To:** Undisclosed recipients:;
**Subject: BFS / LEOSA Training Update**

**Good Evening,**

**Based upon the Governor's newest orders concerning the Covid-19 pandemic, BFS and LEOSA training may resume in person, and all shooting ranges may open, as of May 18, 2020. All existing requirements regarding BFS/LEOSA and shooting ranges are in effect.**

**Furthermore, pursuant to the Governor's Orders, all social distancing and face covering guidelines must be adhered to for each BFS and LEOSA course and for all activity at any shooting range until further notice.**

**Please be advised that the Colonel's authorization for the virtual online Basic Firearm Safety Program expires close of business on Saturday, May 23, 2020.**

*Kristin M. Ryan*
*Firearms Licensing*
*Massachusetts State Police*
*470 Worcester Road*
*Framingham, MA 01702*
*508-820-2299*
[redacted]

**From:** Sarah McKee [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 27 Apr 2020 19:54:18 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time would threaten public health and safety.

It would increase risks of death from domestic violence homicides, suicides, and unintentional shootings.

I heartily support your decision to keep gun stores closed.

Thank you!

Sincerely,
Sarah McKee
[redacted]
Amherst, WI 01002

**From:** Judy Mouradian [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 27 Apr 2020 16:09:24 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Judy Mouradian
[redacted]
Newburyport, MA 01950

**From:** Stephen Shaw [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Tue, 21 Apr 2020 23:19:30 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for all the work you are doing during the Covid-19 pandemic. Keeping gun stores closed during this time is an important part of that work. Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thanks also for your emphasis on testing and contact tracing. As you know this is the key aspect that will allow us to return to a semblance of normalcy while we buy time for treatments and a vaccine.

I know how difficult this has been for state governments, but your work has been brilliant, and I want you to know it has not gone unnoticed. Stay well.

Thank you.

Sincerely,
Stephen Shaw
[redacted]
Millbury, MA 01527

**From:** Stephen Powe[redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Tue, 21 Apr 2020 15:33:46 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Stephen Power
[redacted]
Vineyard Hvn, MA 02568

**From:** Les Taylor [redacted]>
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Tue, 21 Apr 2020 15:11:34 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Les Taylor
[redacted]
Marshfield, MA 02050

**From:** "Nilah M. MacDonald" [REDACTED]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 21:37:06 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Nilah M. MacDonald
[REDACTED]
Scituate, MA 02066

**From:** Virginia Jastromb [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 20:17:52 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Virginia Jastromb
[redacted]
Northampton, MA 01060

**From:** Bonnie Gorman RN [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 19:23:45 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Bonnie Gorman RN
[redacted]
Quincy, MA 02169

**From:** Laura Klein [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 19:11:33 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. I am shocked that this is even being considered. It's just a matter of time that domestic violence incidents will increase and perceived insults will be answered with a gun. P

We support your decision to keep gun stores closed. PLEASE.

Thank you.
Laura Klein
Watertown, MA

Sincerely,
Laura Klein
[redacted]
Watertown, MA 02472

**From:** Dorothy Miller [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 18:20:58 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Dorothy Miller
[redacted]
Newton, MA 02459

**From:** Peter Townsend <[redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 17:34:05 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Peter Townsend
[redacted]
Ashland, MA 01721

**From:** Erin McNamara [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 16:26:01 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Erin McNamara
[redacted]
Lenox, MA 01240

**From:** Lynn Bengston [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 15:39:22 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Lynn Bengston
[redacted]
Belchertown, MA 01007

**From:** Margaret Eells [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 15:34:57 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Margaret Eells
[redacted]
Framingham, MA 01701

**From:** Christine Roane [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 15:25:07 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Christine Roane
[redacted]
Springfield, MA 01108

**From:** NK Acevedo [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 15:17:40 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
NK Acevedo
[redacted]
Dorchester, MA 02122

**From:** Katie Ward [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 14:46:33 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Katie ward

Sincerely,
Katie Ward
[redacted]
medford, MA 02155

**From:** John Cox [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 14:38:08 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
John Cox
[redacted]
Natick, MA 01760

**From:** Ann Berndt [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 14:13:55 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Ann Berndt
[redacted]
Belmont, MA 02478

**From:** Sarah Stewart [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 14:13:43 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Sarah Stewart
[redacted]
Watertown, MA 02472

**From:** Donald Di Russo <[redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 14:11:31 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Donald Di Russo
[redacted]
Hyde Park, MA 02136

**From:** Sheila Parks [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 14:06:28 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Sheila Parks
[redacted]
Watertown, MA 02472

**From:** Maureen McCarthy [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 13:48:42 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Maureen McCarthy
[redacted]
Marblehead, MA 01945

**From:** Norah Dooley [redacted]
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Thank you for keeping gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 13:45:50 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Thank you for keeping gun stores closed during the COVID-19 pandemic.

Allowing gun stores to reopen during this time is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.

Sincerely,
Norah Dooley
[redacted]
Brookline, MA 02446

**From:** sonya coleman <[redacted]>
**To:** "Gov. Charles Duane Baker Jr." <charlie.baker@massmail.state.ma.us>
**Subject:** Keep gun stores closed during COVID19 crisis
**Date:** Mon, 20 Apr 2020 12:02:02 -0400
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Governor Baker,

Dear Governor Baker

Allowing gun stores to reopen during the COVID-19 pandemic is a threat to public health and safety with increased risk of death from domestic violence homicides, suicides, and unintentional shootings. We support your decision to keep gun stores closed.

Thank you.
Sonya Coleman
Stop Handgun Violence Community Organizer

Sincerely,
sonya coleman
[redacted]
Beverly, MA 01915

**From:** David H[redacted]
**To:** charlie.baker@massmail.state.ma.us
**Subject:** See Attached
**Date:** Fri, 17 Apr 2020 17:18:23 -0400
**Importance:** Normal
**Attachments:** Patriot_sDay.pdf

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

TO: Governor Charles Baker

It is appropriate to celebrate Patriot's Day in the Commonwealth by reminding our elected officials of their sworn duty to protect and defend our civil rights. This is especially critical in times during great challenges like the one we face now.

As a citizen of the Commonwealth and a strong supporter of the Constitution, I am calling on you to act appropriately by protecting our Second Amendment civil rights.

Our community should not be discriminated against at any time. Work with our Second Amendment community to establish the following:

- Issue an emergency order extending all firearm related licenses, including retailers, for 180 days past the end of the COVID-19 crisis, or until they can be processed.
- Re-classify firearm retailers and shooting ranges as "essential" entities. These places are essential to exercising our Second Amendment civil rights. Work with our community to establish health related guidelines.
- Order the State Police to reactivate firearm safety training using the protocols necessary for safety. This is a state mandate for citizens attempting to exercise their civil rights. Shutting down certified training is shutting down access to a protected right.
- Require local firearm licensing authorities to establish safe practices to process new applications for firearm licenses.
- In general work with our community and cease actively working against us.

Signed: A Disenfranchised Citizen of the Commonwealth

**From:** Jeff Breton [redacted]
**To:** "charlie.baker@mass.gov" <charlie.baker@massmail.state.ma.us>
**Subject:**
**Date:** Sun, 5 Apr 2020 16:37:44 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

https://www.nraila.org/articles/20200329/florida-alert-us-dept-of-homeland-security-adds-gun-retailers-and-firearms-industry-to-essential-business-list-amid-coronavirus-outbreak

|<cell>|<email>|

**From:** "Daniel Vaillancourt [redacted] Sent You a Personal Message" <[redacted]>
**To:** charlie.baker@massmail.state.ma.us
**Subject:** why are gun stores not deemed essential and why are they not getting help in my state?
**Date:** Thu, 2 Apr 2020 15:11:17 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Gov. Charlie Baker,

PBS and the post office and the Kennedy center get Grant's and then fire their whole orchestra then you Baker claim that guns arent essential so they dont get help or get to stay open... what is wrong with you people it's a enumerated rite in our constitution there as no suspension of rights! get back to work assholes

Sincerely,

Mr. Daniel Vaillancourt
[redacted]
Monson, MA 01057-9703
[redacted]

This message was sent by KnowWho, as a service provider, on behalf of an individual associated with National Write Your Congressman. Please contact Chris Brown at [redacted] for more information.