

CONFIDENTIAL  DCJIS0181