# Exhibit FF

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES D. BAKER, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-10701-DPW |

**STIPULATION ON FACTUAL ISSUES
RELATED TO THE PLAINTIFFS' GUN OWNERSHIP**

WHEREAS, the Plaintiffs have responded to various discovery requests related to their ownership of firearms;

WHEREAS, the parties agree that information about the Plaintiffs' ownership, or not, of firearms is appropriately confidential; and

WHEREAS, the parties agree that confidentiality of such information is best maintained by avoiding unnecessary filings of documents under seal;

NOW THEREFORE, the Plaintiffs and the Commonwealth Defendants (Governor Baker, Commissioner Bharel and Commissioner Gagnon) stipulate and agree as follows for the purposes of all proceedings related to Summary Judgment in this matter:

1. One or more of the individual Plaintiffs purchased at least one firearm (or received possession of at least one firearm that they had previously purchased) shortly after gun retailers reopened in May 2020.

2. One or more of the individual Plaintiffs had not purchased and did not own any firearm as of the date that their discovery responses were served in July, 2020.

3. One of the individual Plaintiffs acquired a handgun by private sale on April 16, 2020, during the period when gun retailers were closed. That person acquired ammunition for that weapon at the time of the transaction.

4. One of the individual Plaintiffs acknowledges reviewing advertisements for private firearm sales at some point or points between March 24 and May 9, 2020. The other Plaintiffs did not do so.

Dated: October 14, 2020

| THE PLAINTIFFS,<br>By their attorneys, | DEFENDANTS CHARLES D. BAKER, MONICA BHAREL MD, MPH and JAMISON GAGNON,<br>By their attorneys, |
|---|---|
| /s/ David D. Jensen<br>David D. Jensen<br>Admitted *Pro Hac Vice*<br>David Jensen & Associates<br>33 Henry Street<br>Beacon, New York 12508<br>Tel: 212.380.6615<br>david@djensenpllc.com | /s/ Gary Klein<br>Gary Klein<br>Special Assistant Attorney General<br>Office of Massachusetts Attorney General<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>Tel: 617-651-3650<br>Gary.Klein@Mass.gov |
| J. Steven Foley<br>BBO # 685741<br>Law Office of J. Steven Foley<br>100 Pleasant Street #100<br>Worcester, Massachusetts 01609<br>Tel: 508.754.1041<br>JSteven@attorneyfoley.com | Julia Kobick<br>Assistant Attorney General<br>Office of Massachusetts Attorney General<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>Tel: 617-963-2559<br>julia.kobick@mass.gov |