# Exhibit GG

# Kobick, Julia (AGO)

| | |
|---|---|
| **From:** | Firearms Licensing (POL) <Firearms.Licensing@massgov.onmicrosoft.com> |
| **Sent:** | Wednesday, April 22, 2020 9:53 PM |
| **To:** | |
| **Subject:** | Virtual/Online Training Update |

As of yesterday, BFS virtual training has been approved.  If you wish to instruct virtually you will need to send an email to me requesting to be approved to provide virtual BFS training.  In your email you must include your name, address, contact number, email address, your BFS Certification number and the course you wish to instruct.

Once we receive your email we will review your request and if approved we will send you additional information on what steps you will need to take, especially at the beginning of every class you instruct.

At no time should you be instructing virtually without approval from Colonel Mason or his designee.

Please be advised that the Colonel's authorization for the online Basic Firearm Safety Program expires when the state of emergency in the Commonwealth of Massachusetts has been lifted.

Be safe and stay healthy,

Kristin M. Ryan
Firearms Licensing
Massachusetts State Police
470 Worcester Road
Framingham, MA 01702
508-820-2299
Firearms.licensing@pol.state.ma.us

BASIC FIREARM SAFETY PROGRAM ONLINE

Any instructor who wishes to instruct the Basic Firearm Safety Program online must follow the following directives in order to be approved by the Colonel of the MSP to teach the course online.

1. Provide to the Colonel of the Massachusetts State Police, or his designee, your name, address, telephone number, and email address.

2. Please be advised that the Colonel's authorization for the online Basic Firearm Safety Program expires when the state of emergency in the Commonwealth of Massachusetts has been lifted.

3. Authorization for any instructor to provide the Basic Firearm Safety Program online falls within the sole discretion of the Colonel.

4. The Colonel further reserves the right to rescind authorization to provide the Basic Firearm Safety Program online for any instructor or all instructors at any time.

5. In all other respects, all requirements for instructing the Basic Firearm Safety Program remain in effect.

6. Instruct the following at the beginning of every course:

    A. This program is being taught online due to the current Covid-19 pandemic, the state of emergency is in the Commonwealth of Massachusetts, and the social guidelines instituted by Governor Baker.
    B. If you are taking this online program with another person(s) in the same room, you should maintain a distance of 6 feet between all person(s) at all times. All other social guidelines regarding Covid-19 should be complied with during the duration of this program.
    C. Because this program is live and interactive, you are encouraged to ask questions during the program.
    D. You do not need a firearm with you in order to take this program.  As such, we request that you not have firearms available to you while taking this program.
    E. The live fire portion of the program is not required for you to successfully complete the program.  As such, the live fire portion of this program has been removed from the online version.  You are welcome, and encouraged, to participate in the live fire portion of the program for free after the Covid-19 social distancing guidelines have been lifted for the state.  You are also welcome to take the entire live version of the Basic Firearm Safety Program for free after the Covid-19 social distancing guidelines have been lifted for the state.
    F. You are required to familiarize yourself and follow all applicable federal, state, and local laws regarding the possession and use of firearms.

G. This program cannot be video or audio recorded without prior approval from the instructor.