# Exhibit HH

**FINAL BFS Instructors Approved for Virtual Training**
**April 15, 2020 - May 23, 2020**

| FIRST NAME | LAST NAME | TOWN/CITY | COURSE | APPROVED DATE | PHONE |
|---|---|---|---|---|---|
| Manuel | Alicea | Easthampton | LTC-002 | 4/22/2020 | |
| Robert | Antia | Lincoln | LTC-019 | 4/22/2020 | |
| Steven | Assad | North Dartmouth | LTC-001 | 4/24/2020 | 508-994-7243 |
| Gordon | Auchterlonie | Wrentham | LTC-002 | 4/28/2020 | |
| John | Barilaro | Marshfield | LTC-002 | 4/24/2020 | |
| Michael | Barry | Leominster | LTC-002 | 4/28/2020 | |
| Michael | Barry | Leominster | LTC-003 | 4/28/2020 | |
| Michael | Barry | Leominster | LTC-006 | 4/28/2020 | |
| Michael | Barry | Leominster | LTC-022 | 4/28/2020 | |
| Timothy | Baxter | Foster, RI | LTC-017 | 4/30/2020 | 401-450-6990 |
| Mark | Belliveau | Brimfield | LTC-001 | 4/22/2020 | |
| Joseph | Beressi | East Falmouth | LTC-002 | 4/24/2020 | 508-524-6084 |
| James | Blair | Norton | LTC-002 | 4/24/2020 | 508-285-3187 |
| Christopher | Boujoukos | West Bridgewater | LTC-001 | 4/28/2020 | 617-799-2636 |
| Willard | Boulter | Pembroke | LTC-001 | 4/24/2020 | |
| Michael | Bricklin | Hyannis | LTC-017 | 4/30/2020 | |
| Michael | Bricklin | Hyannis | LTC-002 | 4/30/2020 | |
| Kent | Burns | Boston | LTC-002 | 4/24/2020 | 617-304-1467 |
| Sean | Byrne | Dedham | LTC-002 | 4/24/2020 | 617-840-1089 |
| Nathan | Campbell | Hyannis | LTC-017 | 4/30/2020 | |
| Nathan | Campbell | Hyannis | LTC-002 | 4/30/2020 | |
| Frank | Cardillo | Raynham | LTC-019 | 4/22/2020 | |
| Robert | Caron | Somerset | LTC-020 | 4/22/2020 | 401-578-3169 |
| Tyler | Castagno | Wayland | LTC-001 | 4/22/2020 | 508-566-4295 |
| Brian | Chamberlain | East Bridgewater | LTC-002 | 4/23/2020 | 508-397-8115 |
| Tom | Cheffro | Revere | LTC-020 | 4/22/2020 | 617-944-0985 |
| Donald | Christie | West Springfield | LTC-002 | 4/23/2020 | 413-888-4519 |
| Melvin | Clark | Medford | LTC-020 | 4/22/2020 | |
| John | Clifford | Amesbury | LTC-001 | 4/24/2020 | 978-388-0351 |
| Charles | Cook | Fiskdale | LTC-002 | 4/22/2020 | 508-981-6402 |
| Paul | Cooper | North Chelmsford | LTC-001 | 4/24/2020 | 978-423-3777 |
| Johnny | Couto | Westport | LTC-001 | 4/24/2020 | |
| Anthony | Crutchfield | Somerville | LTC-010 | 4/24/2020 | 617-680-7416 |
| William | Dalpe | Rehoboth | LTC-002 | 4/22/2020 | 800-830-8858 |
| Rene | Daniels | Westboro | LTC-002 | 4/24/2020 | 508-836-2734 |
| Michael | Darche | Brockton | LTC-002 | 4/24/2020 | |
| Charles | Davis | South Easton | LTC-002 | 4/24/2020 | 508-238-1586 |
| Thomas | Decker | Adams | LTC-002 | 4/24/2020 | 413-743-0780 |
| Adam | Denoncourt | Centerville | LTC-017 | 4/28/2020 | |
| Adam | Denoncourt | Centerville | LTC-002 | 4/28/2020 | |
| Christopher | Doherty | Bellingham | LTC-017 | 4/22/2020 | 617-922-3062 |
| Denis | Donovan | North Attleboro | LTC-017 | 4/15/2020 | |
| Dennis | Doti | Uxbridge | LTC-001 | 4/23/2020 | 774-991-1203 |
| John | Dube | Swampscott | LTC-001 | 4/22/2020 | 781-589-5565 |
| Dennis | Duphily | Lakeville | LTC-002 | 4/22/2020 | |

**FINAL BFS Instructors Approved for Virtual Training**
**April 15, 2020 - May 23, 2020**

| FIRST NAME | LAST NAME | TOWN/CITY | COURSE | APPROVED DATE | PHONE |
|---|---|---|---|---|---|
| Juan | Fernandez | Holyoke | LTC-002 | 4/30/2020 | |
| Juan | Fernandez | Holyoke | LTC-017 | 4/30/2020 | |
| Michael | Follo | Shrewsbury | LTC-017 | 5/8/2020 | 617-520-4398 |
| Michael | Follo | Shrewsbury | LTC-020 | 5/8/2020 | 617-520-4398 |
| Paul | Forand | Westport | LTC-001 | 4/24/2020 | |
| Dwayne | Fortes | Plymouth | LTC-001 | 5/8/2020 | 508-326-4447 |
| Douglas | Gaff | Milton | LTC-019 | 4/28/2020 | 617-696-0474 |
| Edward | Gardner | Newton | LTC-019 | 4/22/2020 | |
| James | Gentile | Lakeville | LTC-020 | 4/22/2020 | |
| Chris | Giglio | Hubbardston | LTC-001 | 4/28/2020 | |
| Marcel | Haddad | Peabody | LTC-001 | 4/28/2020 | 339-927-2386 |
| Dustin | Hall | Palmer | LTC-001 | 4/22/2020 | |
| Garet | Holcomb | North Attleboro | LTC-002 | 4/22/2020 | |
| Cynthia | Hounam | Epping, NH | LTC-002 | 5/8/2020 | |
| Cynthia | Hounam | Epping, NH | LTC-003 | 5/8/2020 | |
| Cynthia | Hounam | Epping, NH | FID-001 | 5/8/2020 | |
| Michael | Janus | West Roxbury | LTC-001 | 5/8/2020 | |
| Scott | Jenkins | North Andover | LTC-002 | 4/22/2020 | 508-523-5105 |
| John | Jouvelis | Woburn | LTC-002 | 5/8/2020 | 781-606-1382 |
| George | Jurdi | Norwood | LTC-020 | 4/22/2020 | |
| James | Kelley | Hyannis | LTC-017 | 5/4/2020 | |
| Michael | Kenny | Marion | LTC-001 | 4/22/2020 | 508-748-3698 |
| Kendall | Knapik | Springfield | LTC-001 | 5/12/2020 | 413-204-7039 |
| Kevin | Kubik | Berkley | LTC-002 | 4/28/2020 | 774-218-9562 |
| Alan | Lambert | Turners Falls | LTC-001 | 4/28/2020 | 413-863-2964 |
| Richard | Larsen | Marshfield | LTC-002 | 4/22/2020 | 781-910-9745 |
| Richard | Larsen | Marshfield | LTC-019 | 4/22/2020 | 781-910-9745 |
| Brian | Laska | Millis | LTC-002 | 4/22/2020 | |
| Leon | Laster | Millers Fall | LTC-006 | 5/8/2020 | 413-522-5782 |
| Brian | Leary | Walpole | LTC-002 | 4/28/2020 | |
| Toby | Leary | Hyannis | LTC-017 | 4/30/2020 | |
| Toby | Leary | Hyannis | LTC-002 | 4/30/2020 | |
| Peter | LePoer | Hudson | LTC-002 | 5/12/2020 | |
| Steven | Levitt | Stoughton | LTC-002 | 4/28/2020 | |
| David | Lyne | Foster, RI | LTC-002 | 5/4/2020 | |
| Matthew | MacNally | Hyannis | LTC-017 | 4/30/2020 | |
| Matthew | MacNally | Hyannis | LTC-002 | 4/30/2020 | |
| Yosemit | Marrero | Worcester | LTC-002 | 4/23/2020 | 508-615-7725 |
| Gregory | McCormick | Milton | LTC-002 | 5/12/2020 | |
| Robert | McDermott | West Stockbridge | LTC-020 | 4/30/2020 | 413-232-7700 |
| Antonio | Melendez | Plymouth | LTC-002 | 4/30/2020 | |
| Michael | Meunier | Springfield | LTC-001 | 5/8/2020 | 413-626-7096 |
| Donkor | Minors | Boston | LTC-002 | 4/22/2020 | 617-777-9695 |
| Joseph | Morgan | Holbrook | LTC-001 | 4/28/2020 | 781-771-9978 |
| Joseph | Morgan | Holbrook | LTC-002 | 4/28/2020 | 781-771-9978 |

**FINAL BFS Instructors Approved for Virtual Training**
**April 15, 2020 - May 23, 2020**

| FIRST NAME | LAST NAME | TOWN/CITY | COURSE | APPROVED DATE | PHONE |
|---|---|---|---|---|---|
| Macgregor | Morgan | Stoughton | LTC-002 | 5/4/2020 | 781-341-0769 |
| David | Murphy | Vineyard Haven | LTC-001 | 4/30/2020 | 508-326-8479 |
| Wayne | Myers | Pittsfield | LTC-020 | 4/30/2020 | 413-442-1633 |
| Thomas | Nadolny | Pittsfield | LTC-020 | 5/4/2020 | 413-822-6451 |
| Wei | Ngo | Quincy | LTC-002 | 5/8/2020 | 617-817-1746 |
| Joey | Nguyen | Quincy | LTC-002 | 5/12/2020 | |
| David | O'Laughlin | Grafton | LTC-001 | 4/30/2020 | 508-839-5723 |
| Edward | O'Leary | East Bridgewater | LTC-001 | 4/23/2020 | 508-378-2393 |
| Troy | Osgood | Randolph | LTC-002 | 4/22/2020 | |
| Roy | Owens | Boston | LTC-002 | 4/28/2020 | |
| Mark | Palazio | Glocester, RI | LTC-002 | 4/30/2020 | |
| Dominick | Panzarella | Lunenburg | LTC-002 | 4/30/2020 | 978-785-9654 |
| Philip | Peck | Framingham | LTC-017 | 5/4/2020 | |
| Michael | Pelonzi | Danvers | LTC-002 | 5/4/2020 | 978-815-6989 |
| Michael | Pelonzi | Danvers | LTC-001 | 5/8/2020 | 978-815-6989 |
| Terence | Pennington | Bradford | LTC-10 | 4/24/2020 | 617-592-9021 |
| Joseph | Picariello | Princeton | LTC-001 | 4/23/2020 | 978-464-2776 |
| Joseph | Piwowarski | Beverly | LTC-002 | 4/30/2020 | |
| Robert | Pizzi | Portland, CT | LTC-002 | 5/4/2020 | 860-788-3974 |
| Robert | Pizzi | Portland, CT | LTC-003 | 5/4/2020 | 860-788-3974 |
| Christian | Pullano | Providence, RI | LTC-002 | 5/4/2020 | 401-487-6451 |
| Thomas | Pye | Duxbury | LTC-002 | 4/30/2020 | |
| Steve | Pyskaty | Granby, CT | LTC-002 | 4/30/2020 | |
| Peter | Rea | Sagamore Beach | LTC-002 | 5/12/2020 | 508-269-3012 |
| Mark | Rizzo | Blandford | LTC-002 | 4/30/2020 | 413-454-8100 |
| Lynne | Roberts | Norwood | LTC-002 | 4/30/2020 | 781-799-8156 |
| Donald | Roberts | Haverhill | LTC-002 | 5/8/2020 | 781-771-8503 |
| Michael | Rubino | Hamden, CT | LTC-002 | 5/4/2020 | 203-605-8588 |
| Joseph | Rufiange | Dracut | LTC-002 | 5/12/2020 | 978-967-4933 |
| Thomas | Sampson | Nashua, NH | LTC-001 | 4/30/2020 | 603-670-3293 |
| Joseph | Sarno | Lowell | LTC-002 | 4/30/2020 | 978-259-9365 |
| James | Sevigne | Whatley | LTC-001 | 5/8/2020 | |
| Steven | Sforza | Salisbury | LTC-001 | 4/23/2020 | 603-974-2761 |
| Dean | Shannon | Leominster | LTC-002 | 5/4/2020 | |
| Kevin | Silvestre | Attleboro | LTC-002 | 5/4/2020 | |
| William | Stanney | Northboro | LTC-001 | 4/22/2020 | |
| Jason | Turcotte | Ware | LTC-002 | 4/24/2020 | |
| John | Tyler | Haverhill | LTC-002 | 4/30/2020 | |
| Joseph | Valchius | Watertown | LTC-002 | 5/8/2020 | |
| Joseph | Valchuis | Watertown | LTC-002 | 5/4/2020 | |
| Mark | Vaz | Quincy | LTC-002 | 4/30/2020 | 508-245-0500 |
| Daniel | Whitman | Tyngsborough | LTC-024 | 4/30/2020 | |
| William | Whittaker | Plymouth | LTC-002 | 5/4/2020 | |
| Glenn | Wilcox | Orleans | LTC-001 | 5/4/2020 | 508-255-9849 |
| Justin | Willette | Gloucester | LTC-002 | 5/4/2020 | 978-998-5557 |

**FINAL BFS Instructors Approved for Virtual Training**
**April 15, 2020 - May 23, 2020**

| FIRST NAME | LAST NAME | TOWN/CITY | COURSE | APPROVED DATE | PHONE |
|---|---|---|---|---|---|
| Justin | Willette | Gloucester | LTC-003 | 5/4/2020 | 978-998-5557 |
| David | Williams | Belchertown | LTC-006 | 4/22/2020 | 413-204-0572 |
| Vladislav | Yanovsky | Newton | LTC-002 | 5/12/2020 | |
| Walter | Young | Brookline | LTC-002 | 4/30/2020 | |