# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, *et al.*, | CIVIL ACTION NO. |
| Plaintiffs, | 1:20-cv-10701-DPW |
| v. | PRELIMINARY EQUITABLE RELIEF REQUESTED |
| CHARLES D. BAKER, *et al.*, | |
| Defendants. | |

## DECLARATION OF DAVID D. JENSEN, ESQ.

I, David D. Jensen, declare as follows:

1. I am counsel for Plaintiffs in the above-captioned matter. I submit this declaration to authenticate various documents cited in the McCarthy Plaintiffs' Opposition and Reply Brief. I am over 18 years of age and am competent to testify on my own behalf.

2. Attached as Exhibit 1 is a true and correct copy of an article entitled "Covid-19 Live Updates: Lockdowns Return to Oregon and New Mexico" downloaded from the New York Times website (www.nytimes.com) at 4:24 p.m. on November 13, 2020. The content of this webpage is dynamic, so it does not particularly help to provide a link.

3. Attached as Exhibit 2 is a true and correct copy of COVID-19 Executive Order No. 54, dated November 2, 2020. I downloaded this from the following website maintained by the Commonwealth of Massachusetts: https://www.mass.gov/doc/covid-19-order-54/download.

I affirm all of the foregoing statements under the penalty of perjury under the laws of the United States of America.

Dated: November 16, 2020

                                                      /s/ David D. Jensen
                                                      David D. Jensen, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Nov. 16, 2020.

    /s/ David D. Jensen
David D. Jensen, Esq.