UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MCCARTHY, et al., | ) |
| | ) CIVIL ACTION NO. |
| | ) 1:20-cv-10701-DPW |
| Plaintiffs, | ) |
| -against- | ) |
| CHARLES D. BAKER, et al., | ) |
| Defendants. | ) |

## MOTION TO ADJUST BRIEFING DEADLINES

Now come the Plaintiffs in the above-captioned actions, though counsel, and request that this honorable Court adjust and extend two deadlines in the summary judgment briefing schedule. Specifically, Plaintiffs request that:

- the deadline for Plaintiffs' opposition and reply brief be extended, nunc pro tunc, to November 16, 2020; and

- the deadline for Defendants' reply brief be extended, nun pro tunc, to November 30, 2020.

In support of this motion, Plaintiffs rely on the Declaration of David Jensen, submitted herewith. In short, for the reasons stated therein, we respectfully submit that good cause to adjust the schedule exists. There does not appear to be any actual prejudice to any of the parties.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Plaintiffs' counsel hereby certify that they conferred with Defendants' counsel in an attempt, in good faith, to resolve or narrow the issue, but were unable to do so.

Dated: December 1, 2020

        Respectfully submitted,

        THE PLAINTIFFS,

        By their attorneys,


        /s/ David D. Jensen
        David D. Jensen, Esq.
        Admitted *Pro Hac Vice*
        David Jensen & Associates
        33 Henry Street
        Beacon, New York 12508
        Tel: 212.380.6615
        Fax: 917.591.1318
        david@djensenpllc.com

        J. Steven Foley
        BBO # 685741
        Law Office of J. Steven Foley
        100 Pleasant Street #100
        Worcester, MA 01609
        Tel: 508.754.1041
        Fax: 508.739.4051
        JSteven@attorneyfoley.com

        Jason A. Guida
        BBO # 667252
        Principe & Strasnick, P.C.
        17 Lark Avenue
        Saugus, MA 01960
        Tel: 617.383.4652
        Fax: 781.233.9192
        jason@lawguida.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Dec. 1, 2020.

    /s/ David D. Jensen
David D. Jensen, Esq.